UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN STEEL ERECTORS, INC.,    )
AJAX CONSTRUCTION CO., INC.,      )
AMERICAN AERIAL SERVICES, INC.,   )
BEDFORD IRONWORKS, INC.,          )
D.F.M. INDUSTRIES, INC., and      )
RONALD BEAUREGARD d/b/a           )
INDEPENDENT WELDING,              )
                                  )
            Plaintiffs,           )
                                  )
       v.                         )  04  12536  RGS
                                  )
LOCAL UNION NO. 7, INTERNATIONAL  )
ASSOCIATION OF BRIDGE,            )
STRUCTURAL, ORNAMENTAL &          )
REINFORCING IRON WORKERS,         )
                                  )
CHARLES WRIGHT, and               )
                                  )
STEEL ERECTION AND ORNAMENTAL     )
IRON INDUSTRY ADVANCEMENT FUND,   )
                                  )
            Defendants.           )
                                  )

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiffs state the following:

Plaintiff American Steel Erectors, Inc., is a privately held corporation with a principal place of business in Greenfield, New Hampshire. American Steel Erectors, Inc. has no parent corporations.

Plaintiff Ajax Construction Co., Inc., is a privately held corporation with a principal place of business in Harrisville, Rhode Island. Ajax Construction Co., Inc. has no parent corporations.

Plaintiff American Aerial Services, Inc. is a privately held corporation with a principal place of business in Falmouth, Maine. American Aerial Services, Inc. has no parent corporations.

Plaintiff Bedford Ironworks, Inc. is a privately held corporation with a principal place of business in Bedford, New Hampshire. Bedford Ironworks, Inc. has no parent corporations.

Plaintiff D.F.M., Industries, Inc. is a privately held corporation with a principal place of business in Wrentham, Massachusetts. D.F.M., Industries, Inc. has no parent corporations.

Plaintiff Independent Welding is the business and trade name of Ronald Beauregard with an office and place of business in Sterling, Massachusetts. Independent Welding has no parent corporations.

                          Respectfully submitted,

                          _____
                          Carol Chandler (BBO # 080660)
                          Geoffrey R. Bok (BBO # 550851)
                          STONEMAN, CHANDLER & MILLER LLP
                          99 High Street
                          Boston, MA  02110

Dated: December 1, 2004          (617) 542-6789