AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

AMERICAN STEEL ERECTORS, INC., et al.,

**SUMMONS IN A CIVIL ACTION**

V.

LOCAL UNION NO. 7, INT'L ASSN. OF IRON
WORKERS, CHARLES WRIGHT, et al,

CASE NUMBER:

04cv12536 RGS

TO: (Name and address of Defendant)

STEEL ERECTION AND ORNAMENTAL IRON INDUSTRY
ADVANCEMENT FUND
195 Old Colony Avenue
South Boston, MA  02127

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Geoffrey R. Bok
STONEMAN, CHANDLER, MILLER LLP
99 High Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  12-2-04

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: December 03, 2004 |
| NAME OF SERVER: BURTON M. MALKOFSKY | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Ms. Jean Murphy, Secretary and** Duly Authorized Agent for the within-named **Steel Erection and Ornamental Iron Industry Advancement Fund.**

Said service was made at: **195 Old Colony Avenue, South Boston**, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 15.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **December 03, 2004**

Signature of Server: *Burton M. Malkofsky*

Address of Server: One Devonshire Place, Boston, Massachusetts

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL | $ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

**One Devonshire Place**
Boston, MA 02109

Telephone # (617) 720-5733
Fax #        (617) 720-5737