AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

AMERICAN STEEL ERECTORS, INC., et al.,

**SUMMONS IN A CIVIL ACTION**

V.

LOCAL UNION NO. 7, INT'L ASSN. OF IRON
WORKERS, CHARLES WRIGHT, et al,

CASE NUMBER:

TO: (Name and address of Defendant)

Charles Wright
LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL & REINFORCING iRON wORKERS
195 Old Colony Avenue
South Boston, MA  02127

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Geoffrey R. Bok
STONEMAN, CHANDLER, MILLER LLP
99 High Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

12-2-04

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: December 03, 2004 |
| NAME OF SERVER: BURTON M. MALKOFSKY | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   Ms. Jean Murphy, Secretary and Duly Authorized Agent for the within-named   Charles Wright.

Said service was made at:
195 Old Colony Avenue, South Boston _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ 15.00 | Trips | |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 03, 2004       *[signature: Burton M. Malkofsky]*
             Date                      Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

### ADDITIONAL INFORMATION

**PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.**

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | TOTAL | $ ____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

**One Devonshire Place**
Boston, MA 02109

Telephone # (617) 720-5733
Fax #         (617) 720-5737