UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:04-cv-12536-RGS |
| ) | |
| LOCAL UNION NO. 7, INTERNATIONAL ) | |
| ASSOCIATION OF BRIDGE, ) | |
| STRUCTURAL, ORNAMENTAL & ) | |
| REINFORCING IRON WORKERS, and ) | |
| ) | |
| CHARLES WRIGHT, and ) | |
| ) | |
| STEEL ERECTION AND ORNAMENTAL ) | |
| IRON INDUSTRY ADVANCEMENT FUND, ) | |
| ) | |
| Defendants. ) | |

## ASSENTED TO MOTION TO EXTEND TIME

Now come the Union Defendants, Iron Workers, Local 7 and Charles Wright and move this honorable court to extend the time within which to file a responsive pleading until January 21, 2005. In support of their motion, the Union Defendants respectfully represent as follows:

1) The parties have conferred with respect to the motion and, subject to the provision set forth in paragraph 2 below, the Plaintiffs assent to the allowance of the motion.

2) In the event the Union Defendants respond to the Complaint with a motion to dismiss, the Union Defendants request that the court also extend by (30) thirty days the time within which the Plaintiffs are required to file an opposition to such motion.

**WHEREFORE** the Union Defendants respectfully request that the time required by the rules be extended in accordance with the provisions set forth herein.

_____
Carol Chandler (BBO # 080660)
STONEMAN, CHANDLER & MILLER LLP
99 High Street
Boston, MA 02110
(617) 542-6789
ATTORNEY FOR PLAINTIFFS

_____
Paul F. Kelly (BBO #267000)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street
Boston, MA 02108
(617) 742-0208

Mickey Long (BBO #634388)
193 Old Colony Avenue
Box E-1
South Boston, MA 02127
(617) 269-0229
ATTORNEYS FOR UNION DEFENDANTS

Dated: December 20, 2004