## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ) | | |
| AMERICAN STEEL ERECTORS, INC., et al. ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Case No. 1:04-cv-12536-RGS | |
| ) | | |
| LOCAL UNION NO. 7, INTERNATIONAL ) | | |
| ASSOCIATION OF BRIDGE, ) | | |
| STRUCTURAL, ORNAMENTAL & ) | | |
| REINFORCING IRON WORKERS, and ) | | |
| ) | | |
| CHARLES WRIGHT, and ) | | |
| ) | | |
| STEEL ERECTION AND ORNAMENTAL ) | | |
| IRON INDUSTRY ADVANCEMENT FUND, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

## NOTICE OF APPEARANCE

Please note the appearance of the undersigned as counsel to the defendant Iron

Workers, Local 7 and the defendant Charles Wright.

Paul F. Kelly (BBO# 267000)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
617-742-0208
pkelly@segalroitman.com

December 20, 2004