UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| American Steel Erectors, Inc., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:04-cv-12536-RGS |
| ) | |
| Local Union No. 7, International ) | |
| Association of Bridge, ) | |
| Structural, Ornamental & ) | |
| Reinforcing Iron Workers, and ) | |
| ) | |
| Charles Wright, and ) | |
| ) | |
| Steel erection and Ornamental ) | |
| Iron Industry Advancement Fund ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of the undersigned as co-counsel to the defendant Iron Workers, Local 7 and the defendant Charles Wright.

                                                                         Respectfully submitted,

                                                                          /s/Mickey Long
                                                                          Mickey Long, BBO#634388
                                                                          PO Box E-1
                                                                          193 Old Colony Avenue
                                                                          Boston, MA 02127
                                                                          Tel. (617) 269-0229
                                                                          Fax. (617) 269-0567

Date: December 29, 2004                                mickeylong@gis.net

## CERTIFICATE OF SERVICE

I, Mickey Long, hereby declare that on December 29, 2004, a copy of this document was sent by regular US mail, postage prepaid, to each party who has entered an appearance in this action.

/s/ Mickey Long

Carol Chandler, Esq.
Geoffrey R. Bok, Esq.
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110

Michael E. Avakian, Esq.
Smetana & Avakian
5211 Port Royal Road, Suite 103
Springfield, VA 22151

Dated: December 29, 2004