## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:04-cv-12536-RGS |
| ) | |
| LOCAL UNION NO. 7, INTERNATIONAL ) | |
| ASSOCIATION OF BRIDGE, ) | |
| STRUCTURAL, ORNAMENTAL & ) | |
| REINFORCING IRON WORKERS, and ) | |
| ) | |
| CHARLES WRIGHT, and ) | |
| ) | |
| STEEL ERECTION AND ORNAMENTAL ) | |
| IRON INDUSTRY ADVANCEMENT FUND, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel to the defendant Iron Workers, Local 7 and the defendant Charles Wright.

       /s/ Mary T. Sullivan
       Mary T. Sullivan (BBO# 487130)
       SEGAL, ROITMAN & COLEMAN
       11 Beacon Street, Suite 500
       Boston, MA 02108
       617-742-0208
       msullivan@segalroitman.com

January 5, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon Michael E. Avakian, Esq., Smetana & Avakian, 5211 Port Royal Road, Suite 103, Springfield, VA  22151; Carol Chandler, Esq. and Geoffrey R. Bok, Stoneham, Chandler & Miller LLP, 99 High Street, Boston, MA 02110 and Mikey Long, Esq., Ironworkers Local 7, 193 Old Colony Avenue, South Boston, MA 02127 via first class mail, postage prepaid, this 5th day of January, 2005.

                                                /s/ Mary T. Sullivan
                                                Mary T. Sullivan