## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LOCAL UNION NO. 7, INTERNATIONAL )<br>ASSOCIATION OF BRIDGE, )<br>STRUCTURAL, ORNAMENTAL & )<br>REINFORCING IRON WORKERS, and )<br>)<br>CHARLES WRIGHT, and )<br>)<br>STEEL ERECTION AND ORNAMENTAL )<br>IRON INDUSTRY ADVANCEMENT FUND, )<br>)<br>Defendants. )<br>) | Case No. 1:04-cv-12536-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel to the defendant Iron Workers, Local 7 and the defendant Charles Wright.

                                      /s/ Indira Talwani
                                      Indira Talwani (BBO# 645577)
                                      SEGAL, ROITMAN & COLEMAN
                                      11 Beacon Street, Suite 500
                                      Boston, MA 02108
                                      617-742-0208
                                      italwani@segalroitman.com

January 5, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon Michael E. Avakian, Esq., Smetana & Avakian, 5211 Port Royal Road, Suite 103, Springfield, VA 22151; Carol Chandler, Esq. and Geoffrey R. Bok, Stoneham, Chandler & Miller LLP, 99 High Street, Boston, MA 02110 and Mikey Long, Esq., Ironworkers Local 7, 193 Old Colony Avenue, South Boston, MA 02127 via first class mail, postage prepaid, this 5th day of January, 2005.

                                                /s/ Indira Talwani
                                                Indira Talwani