UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, *et al.*,<br><br>    Defendants. | Case No. 04-cv-12536-RGS |

**PLAINTIFFS' MOTION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE***

Plaintiffs respectfully move the Court, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, for the admission of Michael E. Avakian as attorney *pro hac vice* for Plaintiffs in this case.

In support of this Motion, the attached Declaration of Mr. Avakian shows that he is (a) a member of the bar of the highest courts of the District of Columbia and State of Georgia, (b) there are no disciplinary actions pending against him in any jurisdiction where he is a member of the bar, and (c) he has read and is familiar with the Local Rules of this Court.

This Motion meets all the requirements for admission of an attorney *pro hac vice*, and the denial of this Motion would be unjust and unfair to the Plaintiffs.

A proposed Order and a *pro hac vice* filing fee of $50.00 are attached hereto.

WHEREFORE, Plaintiffs request that their Motion for Admission of Mr. Avakian as attorney *pro hac vice* in this case be granted.

1

Respectfully submitted,

AMERICAN STEEL ERECTORS, INC.,
AJAX CONSTRUCTION CO.,
AMERICAN AERIAL SERVICES, INC.,
BEDFORD IRONWORKS, INC.,
D.F.M. INDUSTRIES, INC., and
RONALD BEAUREGARD d/b/a
INDEPENDENT WELDING

By their attorneys,

_____
Carol Chandler (BBO # 080660)
Geoffrey R. Bok (BBO # 550851)
STONEMAN, CHANDLER & MILLER LLP
99 High Street
Boston, MA  02110
(617) 542-6789

Dated: December 23, 2004

## CERTIFICATE OF SERVICE & CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that Plaintiffs' Motion for Admission of Attorney *Pro Hac Vice* was served, via First Class U.S. Mail, on this the 23rd day of December 2004, to the counsel of record for the Defendants:

Paul F. Kelly, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108

I also certify that the Plaintiffs' counsel have complied with Local Rule 7.1 by means of several phone calls and emails over the last week with Plaintiffs' counsel in a good faith (but unsuccessful) effort to gain the Defendants' assent to this Motion.

_____
Geoffrey R. Bok