UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, *et al.*, <br><br> Defendants. | Case No. 04-cv-12536-RGS |

## DECLARATION OF MICHAEL E. AVAKIAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Michael E. Avakian declares the following:

1. I am an attorney and a member of the law firm of Smetana & Avakian with an office at 5211 Port Royal Road, Suite 103, Springfield, Virginia 22151, telephone number of (703) 321-9181, and email at mavakian@aol.com.

2. I have been retained by Plaintiffs to provide legal representation in connection with the above-styled case now pending before the United States District Court, District of Massachusetts.

3. I have been and presently am a member in good standing of the bar of the highest court of the State of Georgia and a member in good standing of the bar of the highest court of the District of Columbia.

4. I have been admitted to practice before the following courts and am a member in good standing in all of them: U.S. District Court for the District of Columbia, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Northern District of Georgia, U.S. District Court for the Northern District of New York, United States Court of

Appeals for the District of Columbia Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Eleventh Circuit, and the Supreme Court of the United States.

5. There are no disciplinary proceedings pending against me in any of the above named jurisdictions.

6. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed this 21st day of December 2004, under pain and penalties of perjury.

_____
Michael E. Avakian

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) 12/23/04 on _____

_____

2