UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:04-cv-12536-RGS |
| ) | |
| LOCAL UNION NO. 7, INTERNATIONAL ) | |
| ASSOCIATION OF BRIDGE, ) | |
| STRUCTURAL, ORNAMENTAL & ) | |
| REINFORCING IRON WORKERS, and ) | |
| ) | |
| CHARLES WRIGHT, and ) | |
| ) | |
| STEEL ERECTION AND ORNAMENTAL ) | |
| IRON INDUSTRY ADVANCEMENT FUND, ) | |
| ) | |
| Defendants. ) | |

**ASSENTED TO MOTION TO EXTEND TIME**

Now come the Union Defendants, Iron Workers, Local 7 and Charles Wright and move this honorable court to extend the time within which to file a responsive pleading until February 1, 2005. In support of their motion, the Union Defendants respectfully represent as follows:

1) The parties have conferred with respect to the motion and the Union Defendants are authorized to state that the Plaintiffs assent to the allowance of the motion.

2) The Union Defendants anticipate filing a legal motion and require the additional time to review the legal basis for the motion.

**WHEREFORE** the Union Defendants respectfully request that the time required by the rules be extended in accordance with the provisions set forth herein.

| | |
|---|---|
| /s/ Geoffrey R. Bok<br>Carol Chandler (BBO # 080660)<br>Geoffrey R. Bok (BBO# 550851)<br>STONEMAN, CHANDLER & MILLER LLP<br>99 High Street<br>Boston, MA 02110<br>(617) 542-6789<br>ATTORNEY FOR PLAINTIFFS | /s/ Paul F. Kelly<br>Paul F. Kelly (BBO #267000)<br>SEGAL, ROITMAN & COLEMAN<br>11 Beacon Street<br>Boston, MA 02108<br>(617) 742-0208<br><br>/s/ Mickey Long<br>Mickey Long (BBO #634388)<br>193 Old Colony Avenue<br>Box E-1<br>South Boston, MA 02127<br>(617) 269-0229<br>ATTORNEYS FOR UNION DEFENDANTS |

Dated: January 19, 2005