UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19  A 9 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERICAN STEEL ERECTORS, INC.,
*et al.*,

        Plaintiffs,

        v.

LOCAL UNION NO. 7, INTERNATIONAL
ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL &
REINFORCING IRON WORKERS, *et al.*,

        Defendants.

Case No. 04-cv-12536-RGS

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

The Plaintiffs respectfully request that the Court grant them leave to file the attached memorandum and affidavit to support further their earlier and pending motion and affidavit, filed pursuant to Local Rule 83.5.3(b), for the admission of Michael E. Avakian as attorney *pro hac vice* for the Plaintiffs in this case.

This Motion For Leave should be granted as the Plaintiffs' original *pro hac vice* motion fully complied with Local Rule 83.5.3(b), and was of an appropriate length for a *pro hac vice* motion, but did not address the factual issues that the Defendants inexplicably raised in their lengthy Opposition. The attached memorandum and affidavit demonstrate that the Court should grant the original *pro hac vice* motion.

If the Court believes that it might deny the original *pro hac vice* motion, then the Plaintiffs respectfully request that the Court schedule oral arguments on this matter, as the Defendants' opposition to this *pro hac vice* motion is at its core simply a hardball

attempt to cripple a meritorious anti-trust claim against them by disqualifying the Plaintiffs' primary counsel.

WHEREFORE, the Plaintiffs request that their Motion for Leave to File be granted, and thereafter that their Motion for Admission of Mr. Avakian as attorney *pro hac vice* in this case be granted.

Respectfully submitted,

AMERICAN STEEL ERECTORS, INC.,
AJAX CONSTRUCTION CO.,
AMERICAN AERIAL SERVICES, INC.,
BEDFORD IRONWORKS, INC.,
D.F.M. INDUSTRIES, INC., and
RONALD BEAUREGARD d/b/a
INDEPENDENT WELDING

By their attorneys,

Carol Chandler (BBO # 080660)
Geoffrey R. Bok (BBO # 550851)
STONEMAN, CHANDLER & MILLER LLP
99 High Street
Boston, MA  02110
(617) 542-6789

Dated: January 18, 2005

## CERTIFICATE OF SERVICE & CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that Plaintiffs' Motion for Leave To File Supplemental Materials In Support Of Motion For Admission of Attorney *Pro Hac Vice* was served, via First Class U.S. Mail, on this the 18th day of January 2005, to the counsel of record for the Defendants:

Paul F. Kelly, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108

I also certify that the Plaintiffs' counsel have complied with Local Rule 7.1 by means of several phone calls over the last week with Plaintiffs' counsel in a good faith (but unsuccessful) effort to gain the Defendants' assent to this Motion.

_____
Geoffrey R. Bok