UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. ) | |
| Plaintiffs, ) | |
| v. ) | |
| LOCAL UNION NO. 7, INTERNATIONAL ) ASSOCIATION OF BRIDGE, ) STRUCTURAL, ORNAMENTAL & ) REINFORCING IRON WORKERS, and ) | Case No. 1:04-cv-12536-RGS |
| CHARLES WRIGHT, and ) | |
| STEEL ERECTION AND ORNAMENTAL ) IRON INDUSTRY ADVANCEMENT FUND, ) | |
| Defendants. ) | |

**ASSENTED-TO MOTION FOR LEAVE OF COURT
TO ALLOW IRON WORKERS LOCAL 7 TO FILE A MEMORANDUM
OF LAW IN SUPPORT OF ITS MOTION TO DISMISS COUNTS V-VII
OF PLAINTIFFS' COMPLAINT IN EXCESS OF TWENTY (20) PAGES**

Now comes Defendant Iron Workers Local 7 ("Local 7"), pursuant to Local Rule 7.1(B)(4), and moves this Honorable Court for leave to exceed twenty (20) pages in its Memorandum of Law in Support of its Motion to Dismiss Counts V-VII of Plaintiffs' Complaint. As grounds for its motion, Local 7 respectfully submits as follows:

1) The parties have conferred with respect to the Motion, and Local 7 is authorized to state that the Plaintiffs assent to the Motion.

2) Plaintiffs' Complaint is 49 pages in length, comprising 192 paragraphs of interwoven anti-trust, federal labor law, and state law allegations.

3) In order to adequately respond to the length and breadth of the Complaint, Local 7 believes that an additional eleven (11) pages is warranted.

4) Defendant will not oppose Plaintiffs if they should seek leave from this Court to exceed the page limit in their response to this Motion.

WHEREFORE, Local 7 respectfully requests leave to exceed twenty (20) pages in its Memorandum of Law in Support of its Motion to Dismiss Counts V-VII of Plaintiffs' Complaint.

| | |
|---|---|
| /s/ Geoffrey R. Bok<br>Carol Chandler (BBO # 080660)<br>Geoffrey R. Bok (BBO# 550851)<br>STONEMAN, CHANDLER & MILLER LLP<br>99 High Street<br>Boston, MA 02110<br>(617) 542-6789<br>ATTORNEY FOR PLAINTIFFS | /s/ Paul F. Kelly<br>Paul F. Kelly (BBO #267000)<br>Burton E. Rosenthal (BBO #429220)<br>SEGAL, ROITMAN & COLEMAN<br>11 Beacon Street<br>Boston, MA 02108<br>(617) 742-0208<br><br>/s/ Mickey Long<br>Mickey Long (BBO #634388)<br>193 Old Colony Avenue<br>Box E-1<br>South Boston, MA 02127<br>(617) 269-0229<br>ATTORNEYS FOR UNION DEFENDANTS |

Dated: February 1, 2005

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

I hereby certify that I conferred with Plaintiffs' counsel, Geoffrey R. Bok, on February 1, 2005, in a good-faith attempt to resolve or narrow the issues, and that counsel does not oppose this Motion.

/s/ Burton E. Rosenthal
Burton E. Rosenthal