**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LOCAL UNION NO. 7, INTERNATIONAL ) <br> ASSOCIATION OF BRIDGE, ) <br> STRUCTURAL, ORNAMENTAL & ) <br> REINFORCING IRON WORKERS, and ) <br> ) <br> CHARLES WRIGHT, and ) <br> ) <br> STEEL ERECTION AND ORNAMENTAL ) <br> IRON INDUSTRY ADVANCEMENT FUND, ) <br> ) <br> Defendants. ) | Case No. 1:04-cv-12536-RGS |

**DEFENDANT IRON WORKERS LOCAL 7'S MOTION TO DISMISS**
**COUNTS V-VII OF PLAINTIFFS' COMPLAINT**

Now comes Defendant Iron Workers Local 7 ("Local 7") and moves this Honorable Court to dismiss Counts V-VII of Plaintiffs' Complaint. As grounds for its Motion, Local 7 respectfully shows that Counts V-VII are preempted by federal law.

In support of its Motion to Dismiss, Local 7 submits herewith a Memorandum of Law.

WHEREFORE, Local 7 respectfully requests that Counts V-VII of the Complaint be dismissed with prejudice.

Respectfully submitted,

LOCAL UNION NO. 7,
INTERNATIONAL
ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL
& REINFORCING IRON
WORKERS

By its attorneys,

/s/Paul F. Kelly
Paul F. Kelly (BBO #267000)
Burton E. Rosenthal (BBO #429220)
Stephanie R. Pratt (BBO #655108)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street
Boston, MA 02108
(617) 742-0208

/s/Mickey Long
Mickey Long (BBO #634388)
193 Old Colony Avenue
Box E-1
South Boston, MA 02127
(617) 269-0229

Dated: February 1, 2005

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

I hereby certify that I conferred with Plaintiffs' counsel, Geoffrey R. Bok, on February 1, 2005, in a good-faith attempt to resolve or narrow the issues, and that counsel opposes this Motion.

/s/ Burton E. Rosenthal
Burton E. Rosenthal

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of foregoing Defendant Iron Workers Local 7's Motion to Dismiss Counts V-VII of Plaintiffs' Complaint was served upon Michael E. Avakian, Esq., Smetana & Avakian, 5211 Port Royal Road, Suite 103, Springfield, VA 22151; Carol Chandler, Esq. and Geoffrey R. Bok, Esq., Stoneman, Chandler & Miller LLP, 99 High Street, Boston, MA 02110 and Mickey Long, Esq., Ironworkers Local 7, 193 Old Colony Avenue, South Boston, MA 02127 via first class mail, postage prepaid, this 1st day of February, 2005.

                                                      /s/ Burton E. Rosenthal
                                                      Burton E. Rosenthal