# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                                    )
AMERICAN STEEL ERECTORS, INC., et al.  )
                                                    )
        Plaintiffs,                            )
                                                    )
        v.                                        )
                                                    )
LOCAL UNION NO. 7, INTERNATIONAL    )
ASSOCIATION OF BRIDGE,                   )    Case No. 1:04-cv-12536-RGS
STRUCTURAL, ORNAMENTAL &              )
REINFORCING IRON WORKERS, and        )
                                                    )
CHARLES WRIGHT, and                      )
                                                    )
STEEL ERECTION AND ORNAMENTAL       )
IRON INDUSTRY ADVANCEMENT FUND,   )
                                                    )
        Defendants.                          )
_____)

## DEFENDANT CHARLES WRIGHT'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Now comes Defendant Charles Wright and moves this Honorable Court to dismiss Plaintiffs' Complaint.  As grounds for his motion, Defendant Wright respectfully shows:

      1.  Counts V-VII are preempted by federal law.

      2.  Counts I-VII fail to state a claim against Defendant Wright upon which relief may be granted.

In support of his Motion to Dismiss, Defendant Wright submits herewith a Memorandum of Law.

WHEREFORE, Charles Wright respectfully requests that the Complaint be dismissed with prejudice in its entirety.

Respectfully submitted,

CHARLES WRIGHT

By his attorneys,

/s/Paul F. Kelly
Paul F. Kelly (BBO #267000)
Mary T. Sullivan (BBO #487136)
Burton E. Rosenthal (BBO #429220)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street
Boston, MA 02108
(617) 742-0208

/s/Mickey Long
Mickey Long (BBO #634388)
193 Old Colony Avenue
Box E-1
South Boston, MA 02127
(617) 269-0229

Dated: February 1, 2005

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Plaintiffs' counsel, Geoffrey R. Bok, on February 1, 2005, in a good-faith attempt to resolve or narrow the issues, and that counsel opposes this Motion.

/s/ Burton E. Rosenthal
Burton E. Rosenthal

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of foregoing Defendant Charles Wright's Motion to Dismiss Plaintiffs' Complaint was served upon Michael E. Avakian, Esq., Smetana & Avakian, 5211 Port Royal Road, Suite 103, Springfield, VA  22151; Carol Chandler, Esq. and Geoffrey R. Bok, Esq., Stoneman, Chandler & Miller LLP, 99 High Street, Boston, MA 02110 and Mickey Long, Esq., Ironworkers Local 7, 193 Old Colony Avenue, South Boston, MA 02127 via first class mail, postage prepaid, this 1st day of February, 2005.

<u>/s/ Mary T. Sullivan</u>
Mary T. Sullivan