**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| AMERICAN STEEL ERECTORS, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:04-cv-12536-RGS |
| ) | |
| LOCAL UNION NO. 7, INTERNATIONAL ) | |
| ASSOCIATION OF BRIDGE, ) | |
| STRUCTURAL, ORNAMENTAL & ) | |
| REINFORCING IRON WORKERS, and ) | |
| ) | |
| CHARLES WRIGHT, and ) | |
| ) | |
| STEEL ERECTION AND ORNAMENTAL ) | |
| IRON INDUSTRY ADVANCEMENT FUND, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**UNOPPOSED MOTION OF UNION DEFENDANTS TO FILE SURREPLY**
**IN OPPOSITION TO MOTION FOR ADMISSION PRO HAC VICE**
**AND CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

Now come the Union Defendants, Iron Workers Local 7 and Charles Wright, and

move this honorable court to file a surreply in connection with the pending Motion for

Admission Pro Hac Vice of Attorney Avakian.  In support of their Motion, the Union

Defendants respectfully represent as follows:

1) The parties have conferred with respect to the Motion and the Plaintiffs do not

   oppose the allowance of the motion.

2) The Union Defendants do not oppose the Plaintiffs' Motion to File Supplemental

   Materials.  The parties dispute the underlying Motion and Opposition, but do not

   oppose the effort to fully air the Motion and Opposition on the merits.  To the

extent that the Rule 7.1 Certification in the Plaintiffs' Motion to Submit

Additional Materials suggests otherwise, the suggestion was inadvertent.

3)  The Surreply brief is conditionally filed herewith.

**WHEREFORE,** the Union Defendants respectfully request that they be permitted to file

the Surreply brief.

/s/ Paul F. Kelly
Paul F. Kelly (BBO #267000)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street
Boston, MA 02108
 (617) 742-0208

Mickey Long (BBO #634388)
93 Old Colony Avenue
Box E-1
South Boston, MA 02127
(617) 269-0229

ATTORNEYS FOR IRON
WORKERS LOCAL 7 AND
CHARLES WRIGHT

Dated: February 4, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Unopposed Motion for Leave to File
Surreply in Opposition to Motion Pro Hac Vice was served upon Michael E. Avakian,
Esq., Smetana & Avakian, 5211 Port Royal Road, Suite 103, Springfield, VA  22151;
Carol Chandler, Esq. and Geoffrey R. Bok, Stoneham, Chandler & Miller LLP, 99 High
Street, Boston, MA 02110 and Mickey Long, Esq., Ironworkers Local 7, 193 Old Colony
Avenue, South Boston, MA 02127 via first class mail, postage prepaid, this 4th day of
February, 2005.

/s/ Mary T. Sullivan
Mary T. Sullivan

Pfk/4829/04528/pleadings/prohacvicesurreplymotion.doc