UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12536-RGS

AMERICAN STEEL ERECTORS, INC., et al.

v.

LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION
OF BRIDGE, STRUCTURAL, ORNAMENTAL &
REINFORCING IRON WORKERS, and

CHARLES WRIGHT, and

STEEL ERECTION AND ORNAMENTAL IRON
INDUSTRY ADVANCEMENT FUND

MEMORANDUM AND ORDER ON
MOTION FOR ADMISSION PRO HAC VICE

February 8, 2005

STEARNS, D.J.

The motion to admit Attorney Michael Avakian pro hac vice is ALLOWED. The court is not persuaded, at least at the outset of this litigation, that the potential for conflict cited by defendants warrants disqualification. As Justice Brennan observed in his concurrence in Richardson-Merrell, Inc. v. Koller, 472 U.S. 424, 441 (1985), "[a] fundamental premise of the adversary system is that individuals have the right to retain the attorney of their choice to represent their interests in judicial proceedings. . . . When a trial court mistakenly disqualifies a party's counsel as the result of an abusive disqualification motion, the court in essence permits the party's opponent to dictate his choice of counsel." Under the circumstances, the court best errs on the side of protecting plaintiffs' interest in proceeding with their counsel of choice, with the understanding that if an actual conflict

develops the issue can be revisited. If on the other hand, the court errs in the opposite direction, plaintiffs in effect have no immediate recourse. Id. at 440.

        SO ORDERED.

        /s/ Richard G. Stearns

        _____
        UNITED STATES DISTRICT JUDGE