**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE
2005 FEB 15 P 4: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERICAN STEEL ERECTORS, INC., *et al.*,
Plaintiffs,

v.

LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, *et al.*,

Defendants.

Case No. 04-cv-12536-RGS

**PLAINTIFFS' ASSENTED TO MOTION TO**
**EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS**

The Plaintiffs, with the assent of the parties moving to dismiss the Complaint, respectfully request that the Court grant them a total of thirty days (i.e., until and including March 3, 2005) to file their oppositions to the separate Motions To Dismiss filed on February 1, 2005 by the defendant Local Union No. 7, International Association of Bridge, Structural, Ornamental, & Reinforcing Iron Workers and the defendant Charles Wright. As the Court's Local Rules give the Plaintiffs fourteen days to respond to these Motions, this Motion seeks an extension of only sixteen days.

In support of this motion, the Plaintiffs state that additional time is needed to respond to the many issues raised in the 31 and 8 page memorandums filed in support of the Motions to Dismiss, and that no party will be prejudiced by this short extension of time. The Plaintiffs also note that these Defendants were given (with the assent of the Plaintiffs) over a month of additional time by the Court to respond to the Complaint through Motions to Dismiss and that is only equitable to grant the Plaintiffs some additional time to respond to these Motions to Dismiss.

WHEREFORE, the Plaintiffs respectfully request that the Court grant them until and including March 3, 2005 to file their oppositions to the pending Motions to Dismiss in this action.

Assented to:

LOCAL UNION NO. 7, INTERNATIONAL ASSOC. OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, and CHARLES WRIGHT,

By their attorneys

Paul F. Kelly (BBO # 267000)
Mary T. Sullivan (BBO #487136)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street
Boston, MA 02108
(617) 742-0208

Respectfully submitted,

AMERICAN STEEL ERECTORS, INC., AJAX CONSTRUCTION CO., AMERICAN AERIAL SERVICES, INC., BEDFORD IRONWORKS, INC., D.F.M. INDUSTRIES, INC., and RONALD BEAUREGARD d/b/a INDEPENDENT WELDING

By their attorneys,

Carol Chandler (BBO # 080660)
Geoffrey R. Bok (BBO # 550851)
STONEMAN, CHANDLER & MILLER LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: February 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served, via First Class U.S. Mail, on this the 15th day of February 2005, on the following counsel of record:

Paul F. Kelly, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Geoffrey R. Bok