UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -2 P 3: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al., <br> Plaintiffs, <br> v. <br> LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, et al., <br> Defendants. | Case No. 04-cv-12536-RGS |

**PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME BY TEN ADDITIONAL DAYS TO RESPOND TO MOTIONS TO DISMISS**

The Plaintiffs, with the assent of the parties moving to dismiss the Complaint, respectfully request that the Court grant them ten additional days (i.e., until and including March 14, 2005) to file their oppositions to the separate Motions To Dismiss filed by the defendant Local Union No. 7, International Association of Bridge, Structural, Ornamental, & Reinforcing Iron Workers and the defendant Charles Wright.

In support of this motion, the Plaintiffs state that this additional time is needed to respond to the many issues raised in the separate 31 and 8 page memorandums filed by these defendants in support of their Motions to Dismiss (especially in light of the busy litigation schedules of the Plaintiffs' counsels), and that no party will be prejudiced by this short extension of time.

WHEREFORE, the Plaintiffs respectfully request that the Court grant them until and including March 14, 2005 to file their oppositions to the pending Motions to Dismiss in this action.

1

| Assented to: | Respectfully submitted, |
|---|---|
| LOCAL UNION NO. 7, INTERNATIONAL ASSOC. OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, and CHARLES WRIGHT, | AMERICAN STEEL ERECTORS, INC., AJAX CONSTRUCTION CO., AMERICAN AERIAL SERVICES, INC., BEDFORD IRONWORKS, INC., D.F.M. INDUSTRIES, INC., and RONALD BEAUREGARD d/b/a INDEPENDENT WELDING |
| By their attorneys | By their attorneys, |

Paul F. Kelly (BBO #267000)
Mary T. Sullivan (BBO #487136)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street
Boston, MA 02108
(617) 742-0208

Carol Chandler (BBO # 080660)
Geoffrey R. Bok (BBO # 550851)
STONEMAN, CHANDLER & MILLER LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: March 2, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served, via First Class U.S. Mail, on this the 2nd day of March 2005, on the following counsel of record:

Paul F. Kelly, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Geoffrey R. Bok