UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., )<br>AJAX CONSTRUCTION CO., INC., )<br>AMERICAN AERIAL SERVICES, INC., )<br>BEDFORD IRONWORKS, INC., )<br>D.F.M. INDUSTRIES, INC. and )<br>RONALD BEAUREGARD d/b/a/ )<br>INDEPENDENT WELDING )<br>    Plaintiffs )<br>)<br>V. )<br>)<br>LOCAL UNION NO. 7, INTERNATIONAL )<br>ASSOCIATION OF BRIDGE, )<br>STRUCTURAL, ORNAMENTAL & )<br>REINFORCING IRON WORKERS, )<br>CHARLES WRIGHT, and STEEL )<br>ERECTION AND ORNAMENTAL IRON )<br>INDUSTRY ADVANCEMENT FUND )<br>    Defendants ) | C.A. NO. 04-12536RSG |

MOTION OF THE DEFENDANT, STEEL ERECTION AND
ORNAMENTAL IRON INDUSTRY ADVANCEMENT FUND
FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Now comes the Defendant, Steel Erection and Ornamental Iron Industry Advancement Fund (the Fund) and pursuant to Federal Rules of Civil Procedure Rule 6(b) respectfully requests that the time for filing a responsive pleading in the above-captioned matter be extended from Wednesday, March 9, 2005 to Wednesday, March 16, 2005 and gives as grounds, therefore, the following:

1. Pursuant to Local Rule 7.1A(2) counsel for the Fund conferred with Counsel for the Plaintiffs to advise them of the filing of a Motion to Dismiss accompanied with an Affidavit and financial statements to establish that the Fund is not a party to this suit and has been mistakenly named.

2.     The person who must sign that affidavit is presently not in the Commonwealth of Massachusetts and will not return until Friday, March 11, 2005.

3.     The parties have agreed that upon the production of the affidavit and the financial documents to support the Motion to Dismiss, the parties will voluntarily dismiss the Defendant Fund.

4.     No one will be prejudiced by the allowance of this Motion and it has been assented to by the Plaintiffs.

Wherefore, the Defendant, Steel Erection and Ornamental Iron Industry Advancement Fund prays that this Court grant it an extension of time to file a responsive pleading.

                        STEEL ERECTION AND ORNAMENTAL
                        IRON INDUSTRY ADVANCEMENT FUND
                        By its attorney,

DATED: March 9, 2005                    /s/ *James F. Grosso*
                                            James F. Grosso – BBO 213320
                                            O'Reilly, Grosso & Gross, P.C.
                                            1671 Worcester Road, Suite 205
                                            Framingham, MA 01701-5400
                                            Tel: 508/620-0055
                                            Fax: 508/620-7655

Assented to:

     /s/ *Geoffrey R. Bok*
Geoffrey R. Bok – BBO 550851
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
Tel: 617/542-6789
Fax: 617/556-8989