UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, *et al.*,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 04-cv-12536-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR LEAVE OF COURT
TO ALLOW PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT IRON
WORKERS LOCAL 7'S MOTION TO DISMISS COUNTS V-VII OF PLAINTIFFS'
COMPLAINT IN EXCESS OF TWENTY PAGES**

　　　　Comes now Plaintiffs, by and through counsel of record, and respectfully requests leave to file a brief in excess of twenty pages under Local Rule 7.1(B)(4).

　　　　In support of this Motion, Plaintiffs respectfully show the following:

　　　　1.　　　　The parties conferred in advance regarding this Motion and Plaintiffs are authorized to state that Defendant Local 7 assents to the Motion.

　　　　2.　　　　Defendant Local 7 filed a thirty page Memorandum in support of its Motion to Dismiss portions of Plaintiffs' Complaint.

　　　　3.　　　　Defendant Local 7 had obtained in advance of its filing the Plaintiffs' assent to file its enlarged brief, recognizing the significant nature of the issues presented and the length of the Complaint.  It was with the Defendant Local 7's understanding that Plaintiffs would likely require assent to file an enlarged brief as well, that Defendant Local 7 would not object to Plaintiffs' doing so.  Defendant's Motion ¶ 4 (Feb. 1, 2005).

4.  This Court granted Defendant Local 7's Motion to file the enlarged brief.

5.  In order to adequately respond to Defendant's Motion and the extended arguments made in its Memorandum, Plaintiffs believe an additional 18 pages is warranted. Defendants have been so advised. Detailed and extensive issues of federal law and jurisdiction are raised therein.

6.  Plaintiffs will not oppose a motion by Local 7 if it finds it necessary to reasonably enlarge its Reply Brief.

WHEREFORE, Plaintiffs respectfully request leave to exceed the twenty page limitation in its Response to Local 7's Motion to Dismiss Counts V-VII of the Complaint.

    Respectfully submitted,

    AMERICAN STEEL ERECTORS, INC.,
    AJAX CONSTRUCTION CO.,
    AMERICAN AERIAL SERVICES, INC.,
    BEDFORD IRONWORKS, INC.,
    D.F.M. INDUSTRIES, INC., and
    RONALD BEAUREGARD d/b/a
    INDEPENDENT WELDING

    By their attorneys,

    Carol Chandler (BBO # 080660)
    Geoffrey R. Bok (BBO # 550851)
    STONEMAN, CHANDLER & MILLER LLP
    99 High Street
    Boston, MA  02110
    (617) 542-6789

    /s/ Michael E. Avakian
    Michael E. Avakian
    SNETANA & AVAKIAN
    3211 Port Royal Road, Suite 103
    Springfield, VA 22151
    703-321-9181
    703-321-9325 - Fax

Dated: March 14, 2005    (Admitted *Pro Hac Vice)*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Defendant's counsel Burton E. Rosenthal, on March 14, 2005, in a good-faith attempt to resolve or narrow the issues, and that counsel does not oppose this Motion.

/s/ Michael E. Avakian
Michael E. Avakian

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Response to Defendant Iron Workers Local 7's Motion to Dismiss Counts V-VII of Plaintiffs' Complaint was served, via email and U.S. Mail, on this the 14th day of March 2005, to the counsel of record in the above styled case named below:

Paul F. Kelly
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108
pkelly@segalroitman.com


/s/ Michael E. Avakian
Michael E. Avakian