UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
AMERICAN STEEL ERECTORS, INC., et al. )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )
                                    )
LOCAL UNION NO. 7, INTERNATIONAL    )
ASSOCIATION OF BRIDGE,              )  Case No. 1:04-cv-12536-RGS
STRUCTURAL, ORNAMENTAL &            )
REINFORCING IRON WORKERS, and       )
                                    )
CHARLES WRIGHT, and                 )
                                    )
STEEL ERECTION AND ORNAMENTAL       )
IRON INDUSTRY ADVANCEMENT FUND,     )
                                    )
        Defendants.                 )
_____)

**DEFENDANT IRON WORKERS LOCAL 7'S ASSENTED-TO MOTION
FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION
TO DISMISS COUNTS V-VII OF PLAINTIFFS' COMPLAINT**

Defendant Iron Workers Local 7 ("Local 7"), pursuant to Local Rule 7.1(B)(3), moves that this Court grant it leave to submit a Reply Brief in Support of Defendant Local 7's Motion to Dismiss Counts V-VII of Plaintiffs' Complaint and in opposition to Plaintiffs' Opposition to Defendant Local 7's Motion to Dismiss Counts V-VII of Plaintiffs' Complaint. As reflected herein, Plaintiffs do not oppose this Motion.

As grounds therefore, Defendant Local 7 states as follows:

1.   On February 1, 2005, Defendant Local 7 served its Motion to Dismiss Counts V-VII of Plaintiffs' Complaint and Memorandum of Law in support thereof, on Plaintiffs' counsel.

2. On March 14, 2005, Defendant Local 7 received Plaintiffs' Motion in Opposition to Defendant Local 7's Motion to Dismiss Counts V-VII of Plaintiffs' Complaint, as well as their Memorandum in Support of their Opposition. The Memorandum totals thirty-eight (38) pages.

3. Defendant Local 7 contends that several of the legal issues raised by Plaintiffs in their lengthy submissions warrant a response. Defendant Local 7 accordingly seeks leave to respond with respect to those limited issues.

4. Defendant Local 7 contends that Plaintiffs will suffer no unfair prejudice by this Court granting it leave to submit its Reply brief three (3) weeks from the date of its receipt of Plaintiffs' Opposition papers, as Defendant Local 7 will limit its discussion therein to arguments raised by Plaintiffs in their Opposition papers, and because Plaintiffs do not oppose this Motion.

**WHEREFORE**, Defendant Local 7 respectfully requests that this Court grant it leave to submit its Reply Brief in Support of Local 7's Motion to Dismiss Counts V-VII of Plaintiffs' Complaint, such Brief to be filed with the Court by April 4, 2005.

| | |
|---|---|
| /s/ Michael E. Avakian | /s/ Paul F. Kelly |
| Michael E. Avakian | Paul F. Kelly (BBO #267000) |
| Admitted *Pro Hac Vice* | Burton E. Rosenthal (BBO #429220) |
| SNETANA & AVAKIAN | SEGAL, ROITMAN & COLEMAN |
| 3211 Port Royal Road, Suite 103 | 11 Beacon Street, Suite 500 |
| Springfield, VA  22151 | Boston, MA  02108 |
| (703) 321-9181 | (617) 742-0208 |
| | |
| Carol Chandler (BBO # 080660) | /s/ Mickey Long |
| Geoffrey R. Bok (BBO# 550851) | Mickey Long (BBO #634388) |
| STONEMAN, CHANDLER & MILLER LLP | 193 Old Colony Avenue |
| 99 High Street | Box E-1 |
| Boston, MA 02110 | South Boston, MA 02127 |
| (617) 542-6789 | |
| | ATTORNEYS FOR UNION |
| ATTORNEYS FOR PLAINTIFFS | DEFENDANT |

Dated: March 21, 2005

PKelly/4829/04528/Pleadings/Assented to Motion for Leave to Reply MTD