UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LOCAL UNION NO. 7, INTERNATIONAL ) | |
| ASSOCIATION OF BRIDGE, ) | Case No. 1:04-cv-12536-RGS |
| STRUCTURAL, ORNAMENTAL & ) | |
| REINFORCING IRON WORKERS, and ) | |
| ) | |
| CHARLES WRIGHT, and ) | |
| ) | |
| STEEL ERECTION AND ORNAMENTAL ) | |
| IRON INDUSTRY ADVANCEMENT FUND, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CHARLES WRIGHT'S ASSENTED-TO
MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT
OF HIS MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant Charles Wright, pursuant to Local Rule 7.1(B)(3), moves that this Court grant him leave to submit a Reply Brief in Support of Defendant Wright's Motion to Dismiss Plaintiffs' Complaint and in opposition to Plaintiffs' Opposition to Defendant Wright's Motion to Dismiss Plaintiffs' Complaint. As reflected herein, Plaintiffs do not oppose this Motion.

As grounds therefore, Local 7 states as follows:

1.   On February 1, 2005, Defendant Wright served his Motion to Dismiss Plaintiffs' Complaint and Memorandum of Law in support thereof, on Plaintiffs' counsel.

2.	On March 14, 2005, Defendant Wright received Plaintiffs' Motion in Opposition to Defendant Wright's Motion to Dismiss Plaintiffs' Complaint, as well as their Memorandum in Support of their Opposition.

3.	Defendant Wright contends that several of the legal issues raised by Plaintiffs in their submissions warrant a response. Defendant Wright accordingly seeks leave to respond with respect to those limited issues.

4.	Defendant Wright contends that Plaintiffs will suffer no unfair prejudice by this Court granting him leave to submit its Reply brief three (3) weeks from the date of his receipt of Plaintiffs' Opposition papers, as Defendant Wright will limit his discussion therein to arguments raised by Plaintiffs in their Opposition papers, and because Plaintiffs do not oppose this Motion.

**WHEREFORE**, Defendant Wright respectfully requests that this Court grant him leave to submit his Reply Brief in Support of Defendant Wright's Motion to Dismiss Plaintiffs' Complaint, such Brief to be filed with the Court by April 4, 2005.

| | |
|---|---|
| /s/ Michael E. Avakian | /s/ Paul F. Kelly |
| Michael E. Avakian | Paul F. Kelly (BBO #267000) |
| Admitted *Pro Hac Vice* | Burton E. Rosenthal (BBO #429220) |
| SNETANA & AVAKIAN | SEGAL, ROITMAN & COLEMAN |
| 3211 Port Royal Road, Suite 103 | 11 Beacon Street, Suite 500 |
| Springfield, VA  22151 | Boston, MA  02108 |
| (703) 321-9181 | (617) 742-0208 |
| | |
| Carol Chandler (BBO # 080660) | /s/ Mickey Long |
| Geoffrey R. Bok (BBO# 550851) | Mickey Long (BBO #634388) |
| STONEMAN, CHANDLER & MILLER LLP | 193 Old Colony Avenue |
| 99 High Street | Box E-1 |
| Boston, MA 02110 | South Boston, MA 02127 |
| (617) 542-6789 | |
| | ATTORNEYS FOR DEFENDANT |
| ATTORNEYS FOR PLAINTIFFS | CHARLES WRIGHT |

Dated: March 21, 2005

PKelly/4829/04528/Pleadings/Wright Assented to Motion for Leave to Reply MTD