UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**AMERICAN STEEL ERECTORS, ET AL**

      **V.**                  **CIVIL ACTION NO. 04-12536-RGS**

**LOCAL UNION NO. 7, ET AL**

# NOTICE OF HEARING

**STEARNS, DJ.**                    **MARCH 28, 2005**

**A HEARING\* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:**

**THURSDAY, JUNE 9, 2005 AT 3:00 P.M.**

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

**SO ORDERED.**

                                            **RICHARD G. STEARNS**
                                            **UNITED STATES DISTRICT JUDGE**

**BY:**

                                    /s/ Mary H. Johnson
                                      Deputy Clerk

**\*TO BE HEARD:** Motions to Dismiss (#'s 22 and 24)