UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 04 cv 12536-RGS |
| LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF THE STEEL ERECTION AND ORNAMENTAL
IRON INDUSTRY ADVANCEMENT FUND**

Plaintiffs hereby dismiss their cause of action against the Steel Erection and Ornamental Iron Industry Advancement Fund under Fed. R. Civ. P. 41(a)(1)(i) without prejudice as to the filing of any future action and without costs to either party.

Respectfully submitted,

AMERICAN STEEL ERECTORS, INC.,
AJAX CONSTRUCTION CO.,
AMERICAN AERIAL SERVICES, INC.,
BEDFORD IRONWORKS, INC.,
D.F.M. INDUSTRIES, INC., and
RONALD BEAUREGARD d/b/a
INDEPENDENT WELDING

By their attorneys,

Carol Chandler (BBO # 080660)
Geoffrey R. Bok (BBO # 550851)
STONEMAN, CHANDLER & MILLER LLP
99 High Street
Boston, MA  02110
(617) 542-6789

|  |  |
|---|---|
|  | /s/ Michael E. Avakian |
|  | Michael E. Avakian |
|  | SNETANA & AVAKIAN |
|  | 3211 Port Royal Road, Suite 103 |
|  | Springfield, VA 22151 |
|  | 703-321-9181 |
|  | 703-321-9325 - Fax |
| Dated: March 29, 2005 | (Admitted *Pro Hac Vice*) |

**CERTIFICATE OF SERVICE**

I hereby certify that PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF THE STEEL ERECTION AND ORNAMENTAL IRON INDUSTRY ADVANCEMENT FUND was served, via email and U.S. Mail, on this the 29d day of March 2005, to the counsel of record in the above styled case named below:

Paul F. Kelly
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108
pkelly@segalroitman.com

James F. Grosso
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400

/s/Michael E. Avakian