UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 04 cv 12536-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF PATRICK BEAUREGARD d/b/a INDEPENDENT WELDING'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRONWORKERS**

Plaintiff Patrick Beauregard d/b/a Independent Welding, hereby dismisses all its causes of action against Defendant Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Ironworkers under Fed. R. Civ. P. 41(a)(1), without prejudice as to the filing of any future action and without costs to either party.

        Respectfully submitted,

        AMERICAN STEEL ERECTORS, INC.,
        AJAX CONSTRUCTION CO.,
        AMERICAN AERIAL SERVICES, INC.,
        BEDFORD IRONWORKS, INC.,
        D.F.M. INDUSTRIES, INC., and
        RONALD BEAUREGARD d/b/a
        INDEPENDENT WELDING

          By their attorneys,

          Carol Chandler (BBO # 080660)
          Geoffrey R. Bok (BBO # 550851)
          STONEMAN, CHANDLER & MILLER LLP
          99 High Street
          Boston, MA  02110
          (617) 542-6789


          /s/ Michael E. Avakian
          Michael E. Avakian
          SNETANA & AVAKIAN
          3211 Port Royal Road, Suite 103
          Springfield, VA 22151
          703-321-9181
          703-321-9325 - Fax
Dated: February 13, 2006      (Admitted *Pro Hac Vice*)


**CERTIFICATE OF SERVICE**

I hereby certify that PLAINTIFF PATRICK BEAUREGARD d/b/a INDEPENDENT WELDING'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRONWORKERS was served, via email and U.S. Mail, on this the 13th day of February 2006, to the counsel of record in the above styled case named below:

    Paul F. Kelly
    Segal, Roitman & Coleman
    11 Beacon Street
    Boston, MA 02108
    pkelly@segalroitman.com


/s/Michael E. Avakian