UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LOCAL UNION NO. 7, INTERNATIONAL ) | Case No. 1:04-cv-12536-RGS |
| ASSOCIATION OF BRIDGE, ) | |
| STRUCTURAL, ORNAMENTAL & ) | |
| REINFORCING IRON WORKERS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT IRON WORKERS LOCAL 7'S
MOTION FOR SUMMARY JUDGMENT
ON COUNTS I-III OF PLAINTIFFS' COMPLAINT AND
REQUEST FOR ORAL ARGUMENT**

Now comes Defendant Iron Workers Local 7 ("Local 7") and moves this Honorable Court, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, to grant its Motion for Summary Judgment on Counts I-III of Plaintiffs' Complaint. As grounds for its Motion, Local 7 respectfully shows that no genuine issue of material fact exists to indicate that Local 7 has violated federal anti-trust laws, as alleged in Counts I-III of Plaintiffs' Complaint, and that it is entitled to summary judgment as a matter of law.

In support of its Motion for Summary Judgment on Counts I-III of Plaintiffs' Complaint, Local 7 submits herewith a Memorandum of Law, a Statement of Undisputed Material Facts and an Appendix of Affidavits.

WHEREFORE, Local 7 respectfully requests that Counts I-III of the Complaint be dismissed with prejudice.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Defendant Local 7 hereby requests hearing on its motion for summary judgment.

        Respectfully submitted,

        LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS

        By its attorneys,

        /s/Paul F. Kelly
        Paul F. Kelly, Esq. (BBO #267000)
        Burton E. Rosenthal, Esq. (BBO #429220)
        Indira Talwani, Esq. (BBO # 645577)
        Stephanie R. Pratt, Esq. (BBO #655108)
        SEGAL, ROITMAN & COLEMAN
        11 Beacon Street
        Boston, MA 02108
        (617) 742-0208

        /s/Mickey Long
        Mickey Long, Esq. (BBO #634388)
        193 Old Colony Avenue
        Box E-1
        South Boston, MA 02127
        (617) 269-0229

Dated: March 20, 2006

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Plaintiffs' counsel, Michael E. Avakian, Esq., on March 10, 2006, in a good-faith attempt to resolve or narrow the issues, and that counsel opposes this Motion.

        /s/ Paul F. Kelly
        Paul F. Kelly, Esq.

- 3 -

## CERTIFICATE OF SERVICE

     I hereby certify that this Defendant Iron Workers Local 7's Motion for Summary Judgment On Counts I-III of Plaintiffs' Complaint and Request for Oral Argument filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 20, 2006.

                        /s/ Paul F. Kelly
                        Paul F. Kelly, Esq.