UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
AMERICAN STEEL ERECTORS, INC., et al. )
                                    )
         Plaintiffs,                )
                                    )
         v.                         )
                                    )
LOCAL UNION NO. 7, INTERNATIONAL    )
ASSOCIATION OF BRIDGE,              )   Case No. 1:04-cv-12536-RGS
STRUCTURAL, ORNAMENTAL &            )
REINFORCING IRON WORKERS,           )
                                    )
         Defendant.                 )
_____)

**ASSENTED-TO MOTION FOR LEAVE OF COURT TO ALLOW
IRON WORKERS LOCAL 7 TO FILE A MEMORANDUM OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS
I-III OF PLAINTIFFS' COMPLAINT IN EXCESS OF TWENTY (20) PAGES**

Now comes Defendant Iron Workers Local 7 ("Local 7"), pursuant to Local Rule 7.1(B)(4), and moves this Honorable Court for leave to exceed twenty (20) pages in its Memorandum of Law in Support of its Motion for Summary Judgment on Counts I-III of Plaintiffs' Complaint. As grounds for its motion, Local 7 respectfully submits as follows:

1) The parties have conferred with respect to the Motion, and Local 7 is authorized to state that the Plaintiffs assent to the Motion.

2) Plaintiffs' Complaint is 49 pages in length, comprising 177 paragraphs of interwoven anti-trust and federal labor law.[1]

---

[1] The actual Complaint included 192 Paragraphs, but allegations contained in Paragraphs 178-192 (the state law claims) were dismissed by this Court by Order, entered February 6, 2006.

3) In order to adequately respond to the length and breadth of the Complaint and the complicated federal labor law and anti-trust issues embodied in said Complaint, Local 7 believes that additional pages are warranted.

4) Defendant will not oppose Plaintiffs if they should seek leave from this Court to exceed the page limit in their response to this Motion.

WHEREFORE, Local 7 respectfully requests leave to exceed twenty (20) pages in its Memorandum of Law in Support of its Motion for Summary Judgment on Counts I-III of Plaintiffs' Complaint.

| /s/ Geoffrey R. Bok | /s/ Paul F. Kelly |
|---|---|
| Carol Chandler, Esq. (BBO # 080660) | Paul F. Kelly, Esq. (BBO #267000) |
| Geoffrey R. Bok, Esq. (BBO# 550851) | Burton E. Rosenthal, Esq. (BBO #429220) |
| STONEMAN, CHANDLER | Indira Talwani, Esq. (BBO # 645577) |
| & MILLER LLP | Stephanie R. Pratt, Esq. (BBO #665108) |
| 99 High Street | SEGAL, ROITMAN & COLEMAN |
| Boston, MA 02110 | 11 Beacon Street |
| (617) 542-6789 | Boston, MA 02108 |
| | (617) 742-0208 |
| /s/ Michael E. Avakian | /s/Mickey Long |
| Michael E. Avakian | Mickey Long, Esq. (BBO #634388) |
| SMETANA & AVAKIAN | 193 Old Colony Avenue |
| 5211 Port Royal Road, Suite 610 | Box E-1 |
| Springfield, VA 22151 | South Boston, MA 02127 |
| (703) 321-9181 | (617) 269-0229 |
| ATTORNEY FOR PLAINTIFFS | ATTORNEYS FOR UNION DEFENDANT |

Dated: March 20, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this Memorandum of Law In Support of Defendant Iron Workers Local 7's Motion for Summary Judgment On Counts I-III of Plaintiffs' Complaint filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 20, 2006.

/s/ Paul F. Kelly
Paul F. Kelly, Esq.