UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS<br><br>Defendant. | Case No. 1:04-cv-12536-RGS |

**DEFENDANT IRON WORKERS LOCAL 7's
MOTION FOR JUDGMENT ON THE PLEADINGS
OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT
ON JOB TARGETING CLAIMS IN COUNT IV OF THE COMPLAINT AND
REQUEST FOR ORAL ARGUMENT**

Now comes Defendant Iron Workers Local 7 ("Local 7") and moves this Honorable Court to grant its Motion for Judgment on the Pleadings or in the Alternative for Partial Summary Judgment on Job Targeting Claims in Count IV of the Complaint, pursuant to FRCP Rules 12(c) and 56. As grounds for its Motion, Local 7 respectfully shows that the Complaint's allegations do not make out a violation regarding job targeting when looked at in a light most favorable to Plaintiffs, and in the alternative that no genuine issue of material fact exists to indicate Local 7's operation of a job target fund violated the Labor Management Relations Act, so that Local 7 is entitled to judgment as a matter of law regarding all job targeting payment activity alleged in Count IV.[1]

---

[1] For purposes of this Motion, Defendant accepts the terms "job targeting" and "job target fund" as referring to "*a job subsidy program*", a definition that Plaintiffs utilize in their definitional paragraph 34.

In support of its Motion for Judgment on the Pleadings or in the Alternative for Partial Summary Judgment on Job Targeting Claims in Count IV, Local 7 submits herewith a Memorandum of Law and a Statement of Undisputed Material Facts in Support of Local 7's Motion for Judgment on the Pleadings or in the Alternative for Partial Summary Judgment on Job Targeting Claims in Count IV of the Complaint, as well as an Appendix of Affidavits in Support of Defendant Iron Workers Local 7's Motion for Summary Judgment[2].

WHEREFORE, Local 7 respectfully requests that Count IV of the Complaint, as it applies to operation of a job target fund, be dismissed with prejudice.

## REQUEST FOR ORAL ARGUMENT

Defendant Local 7 hereby requests pursuant to Local Rule 7.1 hearing on its motion for summary judgment.

Respectfully submitted,

LOCAL UNION NO. 7, INTERNATIONAL
ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL &
REINFORCING IRON WORKERS

By its attorneys,

/s/Paul F. Kelly
Paul F. Kelly, Esq. (BBO #267000)
Burton E. Rosenthal, Esq. (BBO #429220)
Indira Talwani, Esq. (BBO # 645577)
Stephanie R. Pratt, Esq. (BBO #655108)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street
Boston, MA 02108
(617) 742-0208

---

[2] The Appendix of Affidavits in Support of this Motion for Partial Summary Judgment on Job Targeting Claims in Count IV is the same appendix of affidavits Local 7 is submitting and relying upon in support of its separate Motion for Summary Judgment on Counts I-III.

/s/Mickey Long
Mickey Long, Esq. (BBO #634388)
193 Old Colony Avenue; Box E-1
South Boston, MA 02127
(617) 269-0229

Dated: March 20, 2006

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Plaintiffs' counsel, Michael E. Avakian, Esq., on March 9, 2006 in a good-faith attempt to resolve or narrow the issues, and that counsel opposes this Motion.

/s/ Paul F. Kelly
Paul F. Kelly, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that this Defendant Iron Workers Local 7's Motion for Judgment on the Pleadings or in the Alternative for Partial Summary Judgment On Job Targeting Claims in Count IV of Plaintiffs' Complaint filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 20, 2006.

/s/ Paul F. Kelly
Paul F. Kelly, Esq.

L:/Paul Kelly/4829/04528/SJ/ Count IV/ Mtn. for Jt on Pldgs or Partial SJ on Count IV