## UNITED STATES DISTRICT COURT
## FOR
## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| American Steel Erectors, Inc., *et al.* | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) **Civil No. 1:04-CV-12536-RGS** |
| | ) |
| Local 7 of the International Association of Bridge, | ) |
| Structural, Ornamental and Reinforcing Iron | ) |
| Workers, AFL-CIO, | ) |
| | ) |
|     Defendants | ) |

## DEFENDANT'S 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the Defendants, International Association of

Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, Local 7 certify

it has conferred with its counsel (a) to establish a budget for the costs conducting the full

courses- of litigation; and (b) to consider the resolution of this litigation through the use

of alternative dispute resolution programs.

Respectfully submitted,
Plaintiffs,
By its attorneys,

/s/ Paul F. Kelly
Paul F. Kelly, BBO No. 267000
Burton E. Rosenthal BBO No. 429220
Indira Talwant, BBO No. 645577
Stephanie R. Pratt BBO No. 655108
SEGAL, ROITMAN & COLEMAN
11 Beacon Street
Boston, MA 02108
Tel. (617) 742-0208
pkelly@segalroitman.com
/s/ Mickey Long
Mickey Long, BBO No.34388
PO Box E-1
193 Old Colony Ave.
Boston, MA 02127

James P. Brown
Business Manager, Local 7

1

Tel. (617) 269-0229
Fax 617.269.567
mickeylong@gis.net

Date: March 13, 2006

**Certificate of Service**

I, Mickey Long, herby certify that I have sent a true and genuine copy of this document, by e-mail to each party to this action on this 21 day of March 2006.

/s/ Mickey Long
Mickey Long

1.  Attorney Carol Chandler
    Attorney Geoffrey Bok
    Stoneman, Chandler & Miller LLP
    99 High Street
    Boston, MA 02110