## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*,       Plaintiffs, <br><br> v. <br><br> LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, *et al.*, <br><br>       Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. 04-cv-12536-RGS |

## PARTIES PROPOSED JOINT DISCOVERY
## AND DISPOSITIVE MOTION PLAN

The parties propose the following with regard to discovery, pursuant to Local Rule 26.1(c), and with regard to the timing of dispositive motions:

     i)     Initial disclosures by April 12, 2006;

     ii)     Maximum of  25 interrogatories per side (or group of parties with a common interest, such that, for example, Defendant may promulgate the same interrogatories to Plaintiffs and expect responses from each Plaintiff);

     iii)     Maximum of 25 requests for admission per side (or group of parties with a common interest);

     iv)     Ten (10) depositions per side will be permitted at the outset, but Defendants contend and reserve their position that they have due process rights to a greater number (to be specified after receipt from Plaintiffs of initial disclosures and responses to discovery requests) that may be permitted by agreement with Plaintiffs or by leave of court, with those rights being claimed by Defendant based on the length and breadth of the Complaint's antitrust and LMRA allegations (and with any such additional depositions to be

completed within the 150 day time limit);

      v)     Two separate sets of request for production of documents per side;

      vi)     Each deposition shall be limited to one day of 7 hours, unless extended by agreement of parties or by leave of court; and

      vii)     Discovery cut-off is one-hundred fifty days after April 3, 2006 (which is August 31, 2006).

**(2)**     **SCHEDULE FOR FILING MOTIONS.**

      a.     Dispositive Motions are to be filed by August 1, 2006.  Defendant shall amend their filed motion for summary judgment and/or for judgment on the pleadings at that time or notify Plaintiff that it will not do so.

      b.  Responses to dispositive motions are due August 31, 2006.

Respectfully submitted,

FOR PLAINTIFFS:

By their attorneys,

Carol Chandler (BBO # 080660)
Geoffrey R. Bok (BBO # 550851)
STONEMAN, CHANDLER & MILLER LLP
99 High Street
Boston, MA  02110
(617) 542-6789


/s/ Michael E. Avakian
Michael E. Avakian
SMETANA & AVAKIAN
5211 Port Royal Road, Suite 610
Springfield, VA 22151
(703) 321-9181
mavakian@aol.com

FOR DEFENDANTS:


/s/ Paul F. Kelly
Paul F. Kelly (BBO #267000)
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108
(617) 742-0208
pkelly@segalroitman.com




Dated: March 30, 2006