UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>LOCAL UNION NO. 7, INTERNATIONAL )<br>ASSOCIATION OF BRIDGE, )<br>STRUCTURAL, ORNAMENTAL & )<br>REINFORCING IRON WORKERS, )<br><br>Defendant. ) | Case No. 1:04-cv-12536-RGS |

**DEFENDANT IRON WORKERS LOCAL 7'S**
**AMENDED MOTION FOR SUMMARY JUDGMENT**
**AND REQUEST FOR ORAL ARGUMENT**

Now comes Defendant Iron Workers Local 7 ("Local 7") and moves this Honorable Court, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, to grant its Motion for Summary Judgment.

As grounds for its Motion with respect to Counts I – III of the Complaint, Local 7 respectfully shows that no genuine issue of material fact exists to indicate that Local 7 has violated federal antitrust laws, and that it is entitled to summary judgment as a matter of law.

As grounds for its Motion with respect to Count IV of the Complaint, Local 7 respectfully shows that no genuine issue of material fact exists to indicate that Local 7 has violated federal labor laws, and that it is entitled to summary judgment as a matter of law.

In support of its Motion, Local 7 submits herewith a Memorandum of Law, a Statement of Undisputed Material Facts and a Supplemental Appendix In Support of Defendant Iron Workers Local 7's Amended Motion for Summary Judgment. Local 7 relies in addition on the

original Appendix of Affidavits filed by Local 7 on March 20, 2006, and docketed by the clerk as Document 53.

WHEREFORE, Local 7 respectfully requests that the Court grant its Motion for Summary Judgment and that the Complaint be dismissed with prejudice.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1, Defendant Local 7 hereby requests hearing on its motion for summary judgment.

Respectfully submitted,

LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS

By its attorneys,

/s/Paul F. Kelly
Paul F. Kelly, Esq. (BBO #267000)
Burton E. Rosenthal, Esq. (BBO #429220)
Indira Talwani, Esq. (BBO # 645577)
Stephanie R. Pratt, Esq. (BBO #655108)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street
Boston, MA  02108
(617) 742-0208
pkelly@segalroitman.com
brosenthal@segalroitman.com
italwani@segalroitman.com
spratt@segalroitman.com


/s/Mickey Long
Mickey Long, Esq. (BBO #634388)
193 Old Colony Avenue
Box E-1
South Boston, MA  02127
(617) 269-0229
mickeylong@gis.net

Dated:  August 1, 2006

- 3 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Plaintiffs' counsel, Michael E. Avakian, Esq., on March 10, 2006, and on July 31, 2006 in a good-faith attempt to resolve or narrow the issues, and that counsel opposes this Motion.

/s/ Paul F. Kelly
Paul F. Kelly, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that this Defendant Iron Workers Local 7's Amended Motion for Summary Judgment filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 1, 2006.

/s/ Paul F. Kelly
Paul F. Kelly, Esq.