UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LOCAL UNION NO. 7, INTERNATIONAL ) | |
| ASSOCIATION OF BRIDGE, ) | Case No. 1:04-cv-12536-RGS |
| STRUCTURAL, ORNAMENTAL & ) | |
| REINFORCING IRON WORKERS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE OF COURT TO ALLOW IRON WORKERS LOCAL 7 TO FILE A MEMORANDUM OF LAW IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY (20) PAGES**

Now comes Defendant Iron Workers Local 7 ("Local 7"), pursuant to Local Rule 7.1(B)(4), and moves this Honorable Court for leave to exceed twenty (20) pages in its Memorandum of Law in Support of its Amended Motion for Summary Judgment. As grounds for its motion, Local 7 respectfully submits as follows:

1) Plaintiffs' Complaint is forty-nine (49) pages in length, comprising 177 paragraphs of interwoven antitrust and federal labor law.[1]

2) In order to adequately respond to the length and breadth of the Complaint and the complicated federal labor law and antitrust issues embodied in said Complaint, Local 7 believes that additional pages are warranted.

3) On March 20, 2006, prior to the commencement of discovery, the Union filed a Motion for Summary Judgment on Plaintiffs' federal antitrust claims, Counts I – III of the

---

[1] The actual Complaint included 192 Paragraphs, but allegations contained in Paragraphs 178-192 (the state law claims) were dismissed by this Court by Order, entered February 6, 2006.

Complaint, supported by a fifty-two (52)-page Memorandum, and an Assented Motion for Leave to Exceed the Page Limits. On March 20, 2006, Defendant also filed a Motion for Judgment on the Pleadings on the job targeting portions of Plaintiffs' claim under the Labor Management and Relations Act ("LMRA"), 29 U.S.C. § 187, claim (Count IV), supported by a sixteen (16)-page Memorandum.

4) On April 3, 2006, the Court granted Defendant's Assented Motion to Exceed the Page Limits.

5) On April 20, 2006, the Court issued its scheduling order for discovery and denied without prejudice the Union's Motion for Summary Judgment and Motion for Judgment on the Pleadings. It also permitted the Union to amend these motions by August 1, 2006.

6) Defendant has now deposed the five Plaintiffs, and the parties have exchanged written discovery, including reviewing thousands of pages of documents.

7) Local 7's Amended Motion for Summary Judgment includes both the original Motion for Summary Judgment on Counts I - III, and in addition, now seeks Summary Judgment on Count IV. The Memorandum in Support of the Amended Motion also provides further evidence obtained through discovery supporting the undisputed material facts.

WHEREFORE, Local 7 respectfully requests leave to exceed twenty (20) pages in its Memorandum of Law in Support of its Amended Motion for Summary Judgment.

    Respectfully submitted,

    LOCAL UNION NO. 7, INTERNATIONAL
    ASSOCIATION OF BRIDGE, STRUCTURAL,
    ORNAMENTAL & REINFORCING IRON
    WORKERS

    By its attorneys,

    /s/Paul F. Kelly

        Paul F. Kelly, Esq. (BBO #267000)
        Burton E. Rosenthal, Esq. (BBO #429220)
        Indira Talwani, Esq. (BBO # 645577)
        Stephanie R. Pratt, Esq. (BBO #655108)
        SEGAL, ROITMAN & COLEMAN
        11 Beacon Street
        Boston, MA 02108
        (617) 742-0208
        pkelly@segalroitman.com
        brosenthal@segalroitman.com
        italwani@segalroitman.com
        spratt@segalroitman.com


        /s/Mickey Long
        Mickey Long, Esq. (BBO #634388)
        193 Old Colony Avenue
        Box E-1
        South Boston, MA 02127
        (617) 269-0229
        mickeylong@gis.net

Dated: August 1, 2006


## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

  I hereby certify that I conferred with Plaintiffs' counsel, Michael E. Avakian, Esq., on July 31, 2006 in a good-faith attempt to resolve or narrow the issues, and that counsel opposes this Motion.

        /s/ Paul F. Kelly
        Paul F. Kelly, Esq.


## CERTIFICATE OF SERVICE

  I hereby certify that this Defendant Iron Workers Local 7's Motion for Leave of Court to Allow Iron Workers Local 7 to File a Memorandum of Law In Support of Its Amended Motion for Summary Judgment in Excess of Twenty (20) Pages filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 1, 2006.

        /s/ Paul F. Kelly
        Paul F. Kelly, Esq.