UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 04 cv 12536-RGS |
| LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, by and through counsel of record, respectfully move the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time to September 21, 2006, to file their responsive documents and Memorandum of Law in Opposition to the Defendant Iron Workers Local 7's ("Local 7") Motion for Summary Judgment, Statement of Undisputed Material Facts, and Memorandum of Law in Support.

In support of this Motion, Plaintiffs state:

1. The Plaintiffs' Response is currently due to be filed with the Court on August 31, 2006, pursuant to the Court's Order of March 31, 2006.

2. On March 20, 2006, even before serving their initial disclosures, the Defendant Local 7 filed a Motion for Summary Judgment, a 60 page Memorandum in support of its Motion for Summary Judgment, 18 pages of allegedly Undisputed Facts, and 63 pages of Affidavits.

4. Paragraph (2) of the parties Joint Discovery and Dispositive Motion Plan filed on March 30, 2006, provided that the Defendant could either rest upon its previously filed motion

for summary judgment or amend its dispositive motion by August 1, 2006.

5. Shortly after filing the initial disclosure documents pursuant to the Joint Discovery and Dispositive Motion Plan, discovery requests issued from both sides in April 2006. All parties have been very busy conducting discovery and responding thereto.

6. During May, both sides prepared to produce a substantial number of documents. The Plaintiffs' production of documents occurred on site and required the production of all their project files and financial statements since December 1999, resulting in approximately 20,000 pages of Bates-stamped documents provided to Local 7. The parties also negotiated an agreed Confidentiality Order that this Court later approved on June 29, 2006.

7. In early June, the Plaintiffs original on-site production dates had to be rescheduled with Local 7 to accommodate the birth of a new baby to the undersigned, which occurred on June 15, 2006, and required counsel's daily care the week thereafter. Counsel's substantial family needs continue to affect counsel's ability to undertake multiple-day overnight travel.

8. On August 1, 2006, Defendant filed an amended Motion for Summary Judgment and Memorandum in Support of the Motion. The new Memorandum in Support of Summary Judgment expanded in size to 79 pages of text and the Motion's allegedly undisputed material facts expanded to 23 pages.

9. Defendant scheduled five 30(b)(6) depositions of the Plaintiffs which occurred immediately after the July 4th Holiday. Between the two parties, approximately twenty subpoenas issued to third parties. Plaintiffs have pending four scheduled subpoena depositions and two depositions of the Defendant remaining. The two depositions of the Defendant's witnesses originally scheduled for August 18 and August 29, have been moved to August 23 and 30 at the request of counsel for Local 7.

10. The Defendant's submission of its new Memorandum of Law by its sheer length could not have been reasonably foreseen by Plaintiffs at the time the Dispositive Motion Plan was submitted to the Court.

11. The instant matter is an antitrust case where the Defendant has engaged in acknowledged agreements with third parties to drive Plaintiffs out of business. Defendant's lengthy brief showcases the fact that they believe they are not liable under the any disputed set of facts on numerous grounds. Taking advantage of an additional four (4) months to add to its original summary judgment Memorandum, Plaintiffs' response to the resulting opus in thirty days, at a time when Plaintiffs are simultaneously concluding its final discovery and obtaining evidence in the case, is an unreasonable impediment to concluding this case in an efficient and fair fashion. There is no one else at the undersigned's firm, which is lead counsel, that can handle the response to the Defendant's Motion and Memoranda.

12. An enlargement of time of twenty-one (21) days to and including September 21, 2006, for Plaintiffs to file their Response to the Defendant Local 7's Motion for Summary Judgment is reasonable in the circumstances and will not prejudice any party.

WHEREFORE, Plaintiffs respectfully request that their Motion for Enlargement of Time to and including September 21, 2006, to file their Responsive documents to the Defendant's Motion for Summary Judgment, be granted.

        Respectfully submitted,

        AMERICAN STEEL ERECTORS, INC.,
        AJAX CONSTRUCTION CO.,
        AMERICAN AERIAL SERVICES, INC.,
        BEDFORD IRONWORKS, INC., and
        D.F.M. INDUSTRIES, INC.

By their attorneys,

Carol Chandler (BBO # 080660)
Geoffrey R. Bok (BBO # 550851)
STONEMAN, CHANDLER & MILLER LLP
99 High Street
Boston, MA  02110
(617) 542-6789


/s/ Michael E. Avakian
Michael E. Avakian
SMETANA & AVAKIAN
5211 Port Royal Road, Suite 610
Springfield, VA 22151
703-321-9181
703-321-9325 - Fax
(Admitted *Pro Hac Vice)*

Dated: August 16, 2006

## CERTIFICATION

I certify that I conferred with Defendant's lead counsel Paul F. Kelly, Esq. on August 15, 2006, in attempt to resolve this motion pursuant to Local Rule 7.1(a)(2).

/s/ Michael E. Avakian
Michael E. Avakian
SMETANA & AVAKIAN
5211 Port Royal Road, Suite 610
Springfield, VA 22151
703-321-9181
703-321-9325 - Fax
(Admitted *Pro Hac Vice)*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiffs' Motion for Enlargement of Time was served on the following counsel of record for Defendant Local 7 utilizing the Court's ECF filing system:

Paul F. Kelly, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108


/s/ Michael E. Avakian
Michael E. Avakian

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, *et al.*,<br><br>　　　　Defendants. | Case No. 04 cv 12536-RGS |

## **ORDER**

　　　The Court, having considered the Plaintiffs' Motion for Enlargement of Time to file their Response in Opposition to the Defendant's Motion for Summary Judgment, the Court Orders that:

　　　The Motion for Enlargement of Time to file responsive documents to and including September 21, 2006, is hereby granted.

_____　　　_____
Date　　　　　　　　　　　　　　　　　　　　United States District Court Judge