UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12536-RGS

AMERICAN STEEL ERECTORS, INC., et al.

v.

LOCAL UNION NO. 7, et al.

ORDER

August 21, 2006

STEARNS, D.J.

In complex cases, it is the court's practice to allow, as a matter of professional courtesy, motions seeking to exceed the twenty page limit for memoranda of law imposed by the Local Rules. Defendants' seventy-nine page memorandum of law, however, is an abuse of the spirit of that practice. That said, defendants have ten days from the date of this Order to re-file their brief in an acceptably condensed form, not to exceed forty pages. Plaintiffs' motion to extend the time to oppose the motion for summary judgment is ALLOWED. Plaintiffs' opposition will be filed on or before September 29, 2006.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE