UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, *et al.*,<br>　　　　Defendants. | Case No. 04 cv 12536-RGS |

**PLAINTIFFS' UNOPPOSED MOTION TO TAKE THIRD-PARTY DEPOSITION OUT OF TIME**

Plaintiffs, by and through counsel of record, respectfully move the Court pursuant to Rule 6(b) and 45(c)(1) of the Federal Rules of Civil Procedure for an enlargement of time to take the third-party subpoena deposition of Builders Resource, Inc., Nasonville, Rhode Island, in September 2006.

In support of this Motion, Plaintiffs state:

1.　　Discovery in this case is set to expire on August 31, 2006.

2.　　Plaintiffs served a subpoena for deposition and production of documents on non-party Builders Resource, Inc., to be taken on Tuesday August 29, 2006. The third-party subpoena was originally issued to Builders Resource on August 4, 2006, to be returned on Thursday August 24, 2006.

3.　　On August 24, 2006, Plaintiffs were informed by counsel for Builders Resource, Inc., Robert N. Meltzer, that he would be out of his office on vacation on the designated subpoena return date and that the documents requested by Plaintiffs could not be assembled in time by his client in time to produce them for the August 29, 2006 deposition. Mr. Meltzer

requested that Plaintiffs move to continue the deposition of Builders Resource, Inc. into September, after the Labor Day holiday, as a professional courtesy. Copy of Letter attached hereto.

4. Builders Resource, Inc appears to Plaintiffs to be the recipient of the largest sum of money from Defendant Local 7's target fund. This deposition is intended to identify the combinations and agreements in restraint of trade as set forth in Plaintiffs' Complaint.

5. Taking the deposition of this non-party in early September is fair and appropriate in the circumstances. Under Rule 45(c)(1), the party or attorney issuing a subpoena is affirmatively directed to "take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty...." Accommodating the interests of the third party is good cause for granting the motion.

6. Plaintiffs have conferred with counsel for Defendant Paul F. Kelly and can represent that the Defendant has no objection so long as the deposition is taken in September 2006

WHEREFORE, for good cause shown, Plaintiffs respectfully request that their Motion to permit the taking of the deposition of Builders Resource, Inc. in September 2006, be granted.

        Respectfully submitted,

        AMERICAN STEEL ERECTORS, INC.,
        AJAX CONSTRUCTION CO.,
        AMERICAN AERIAL SERVICES, INC.,
        BEDFORD IRONWORKS, INC., and
        D.F.M. INDUSTRIES, INC.

By their attorneys,


Carol Chandler (BBO # 080660)
Geoffrey R. Bok (BBO # 550851)
STONEMAN, CHANDLER & MILLER LLP
99 High Street
Boston, MA  02110
(617) 542-6789



/s/ Michael E. Avakian
Michael E. Avakian
SMETANA & AVAKIAN
5211 Port Royal Road, Suite 610
Springfield, VA 22151
703-321-9181
703-321-9325 - Fax
(Admitted *Pro Hac Vice)*


Dated: August 29, 2006


**CERTIFICATION**

    I certify that I conferred with Defendant's lead counsel Paul F. Kelly, Esq. on August 29, 2006, in attempt to resolve this motion pursuant to Local Rule 7.1(a)(2).


/s/ Michael E. Avakian
Michael E. Avakian
SMETANA & AVAKIAN
5211 Port Royal Road, Suite 610
Springfield, VA 22151
703-321-9181
703-321-9325 - Fax
(Admitted *Pro Hac Vice)*

**Robert N. Meltzer**
*Attorney At Law*

August 24, 2006

Smetana & Avakian
5211 Port Royal Road
Suite 610
Springfield, VA 22151
Attn: Michael E. Avakian, Esq.
BY FAX 617-556-8989

Re: American Steel Fabricators v. Local Union 7
US District Court CA# 04-12536-RGS

Dear Michael:

To confirm our conversation, this office represents BRI. BRI was served a deposition subpoena at its prior location in Harrisville, RI. This afternoon, I received the attached fax, which consisted of two page 2s.

As I mentioned to you, I am on vacation next week. I have not been able to confer with the record keeper at BRI pertaining to the categories of documents. The lack of page 1 makes a reasonable assessment impossible at this time.

Finally, I informed you that I thought that the records which would be subject to this request could be voluminous, and it is even possible that the records no longer exist. In addition, the records appear to be proprietary and subject to other objections. I also suggested that any records that are relevant to this matter would likely be in the possession of Local Union 7 as the most likely source.

I have requested that you continue this deposition until late September to give us an opportunity to review the entire document with the appropriate record keeper after Labor Day, by which time you and I will have a further discussion as to scope. In the meantime, please provide me with an entire copy of the subpoena by e-mail in PDF format.

Thank you.

Very truly yours,

Robert N. Meltzer

RNM:nak

P.O. Box 1459
Framingham, MA 01701
508.872.7110
robmeltzer@aol.com

The Mountain States Law Group
COLORADO · MASSACHUSETTS · UTAH
IDAHO · WYOMING
info@mountainstateslawgroup.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of Plaintiffs' Motion for Enlargement of Time was served on counsel of record, including the following attorney of record for Defendant Local 7, utilizing the Court's ECF filing system on August 29, 2006:

Paul F. Kelly, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108


/s/ Michael E. Avakian
Michael E. Avakian

4