**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LOCAL UNION NO. 7, INTERNATIONAL ) | Case No. 1:04-cv-12536-RGS |
| ASSOCIATION OF BRIDGE, ) | |
| STRUCTURAL, ORNAMENTAL & ) | |
| REINFORCING IRON WORKERS, ) | |
| ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION TO EXTEND TIME

Now comes the Defendant, Iron Workers Local 7, and hereby moves this Honorable Court to extend the time within which to file an opposition to Plaintiffs' Motion to Strike Affidavits in Support of Defendant Iron Workers Local 7's Amended Motion for Summary Judgment by one week, until October 20, 2006. In support of its motion, the Defendant respectfully represents as follows:

1) The parties have conferred with respect to the motion, and the Defendant is authorized to state that the Plaintiffs assent to the allowance of the motion.

2) On September 29, 2006, Plaintiffs filed a Motion to Strike Affidavits in Support of Defendant Iron Workers Local 7's Amended Motion for Summary Judgment.

3) Under the rules, the Defendant would be required to file its opposition on October 13, 2006.

4) The Defendant's counsel is preparing an opposition to the Motion to Strike Affidavits, but requires additional time to review Plaintiffs' motion and prepare the opposition.

**WHEREFORE** the Defendant respectfully requests that the time required by the rules be extended in accordance with the provisions set forth herein.

Respectfully submitted,

LOCAL UNION NO. 7,
INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL,
ORNAMENTAL & REINFORCING IRON
WORKERS,

By its attorneys,

/s/Paul F. Kelly
Paul F. Kelly, Esq. (BBO #267000)
Burton E. Rosenthal, Esq. (BBO #429220)
Indira Talwani, Esq. (BBO # 645577)
Stephanie R. Pratt, Esq. (BBO #655108)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street
Boston, MA  02108
(617) 742-0208
pkelly@segalroitman.com
brosenthal@segalroitman.com
italwani@segalroitman.com
spratt@segalroitman.com

Mickey Long, Esq. (BBO #634388)
193 Old Colony Avenue, Box E-1
South Boston, MA  02127
(617) 269-0229

October 10, 2006                     mickeylong@gis.net

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Plaintiffs' counsel, Michael Avakian, Esq., on October 10, 2006, in a good-faith attempt to resolve or narrow the issues, and that Plaintiffs' counsel does not oppose this Motion.

/s/ Paul F. Kelly<br>Paul F. Kelly, Esq.

**CERTIFICATE OF SERVICE**

    I hereby certify that this Assented-to Motion to Extend Time filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 10, 2006.

/s/Paul F. Kelly<br>Paul F. Kelly, Esq.

Pkelly/4829-04528/Pleadings/Assented-to Motion to Extend Time 3.doc