UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
AMERICAN STEEL ERECTORS, INC., et al. )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )
                                    )
LOCAL UNION NO. 7, INTERNATIONAL    )
ASSOCIATION OF BRIDGE,              )   Case No. 1:04-cv-12536-RGS
STRUCTURAL, ORNAMENTAL &            )
REINFORCING IRON WORKERS,           )
                                    )
        Defendant.                  )
_____)

## ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF NOT TO EXCEED 15 PAGES NO LATER THAN OCTOBER 20, 2006

Now comes the Defendant, Iron Workers Local 7, and hereby moves pursuant to Local Rule 7.1(B)(3) for leave to file no later than October 20, 2006, a Reply Brief to Plaintiff's Opposition to Defendant's Amended Motion for Summary Judgment, not to exceed 15 pages.  In support of its motion, the Defendant respectfully represents as follows:

1)  The parties have conferred with respect to the motion, and the Defendant is authorized to state that the Plaintiffs assent to the allowance of the motion.

2)  On September 29, 2006, Plaintiffs filed their Opposition to Defendant Iron Workers Local 7's Amended Motion for Summary Judgment.

3)  Defendant contends that: (1) Plaintiffs' Opposition includes new legal theories and contentions that warrant a response; and (2) Plaintiff's citations to the factual record and to legal authority is not accurate.  Accordingly, Defendant seeks leave to respond with respect to these limited issues.

**WHEREFORE** the Defendant respectfully requests leave to file a Reply Brief, not to exceed fifteen (15) pages, no later than October 20, 2006.

        Respectfully submitted,

        LOCAL UNION NO. 7,
        INTERNATIONAL ASSOCIATION OF
        BRIDGE, STRUCTURAL,
        ORNAMENTAL & REINFORCING IRON
        WORKERS,

        By its attorneys,

        /s/Paul F. Kelly
        Paul F. Kelly, Esq. (BBO #267000)
        Burton E. Rosenthal, Esq. (BBO #429220)
        Indira Talwani, Esq. (BBO # 645577)
        Stephanie R. Pratt, Esq. (BBO #655108)
        SEGAL, ROITMAN & COLEMAN
        11 Beacon Street
        Boston, MA  02108
        (617) 742-0208
        pkelly@segalroitman.com
        brosenthal@segalroitman.com
        italwani@segalroitman.com
        spratt@segalroitman.com

        Mickey Long, Esq. (BBO #634388)
        193 Old Colony Avenue, Box E-1
        South Boston, MA  02127
        (617) 269-0229
October 11, 2006        mickeylong@gis.net

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Plaintiffs' counsel, Michael Avakian, Esq., on October 11, 2006, in a good-faith attempt to resolve or narrow the issues, and that Plaintiffs' counsel does not oppose this Motion.

/s/ Paul F. Kelly
Paul F. Kelly, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that this Assented-to Motion to Extend Time filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 11, 2006.

/s/ Indira Talwani
Indira Talwani, Esq.

L:\PKelly\4829 IW7\04528 ASE\SJ\Assented to Motion for leave to file reply.doc