UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*, <br><br>            Plaintiffs, <br><br>     v. <br><br> LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS. <br><br>            Defendant. | Case No. 04-cv-12536-RGS |

**PLAINTIFF'S ASSENTED TO MOTION TO FILE REPLY MEMORANDUM INSTANTER IN SUPPORT OF MOTION TO STRIKE AFFIDAVITS**

Plaintiffs American Steel Erectors, *et al.*, respectfully move the Court for an Order granting them permission to file the accompanying Reply Memorandum in Support of their Motion to Strike Affidavits.

In support of this Motion, Plaintiffs state the following:

1. Counsel for the parties have conferred with respect to this Motion and counsel for Defendant has stated Defendant Local Union No. 7's assent to the allowance of this Motion.

2. On September 29, 2006, Plaintiffs' filed a Motion to Strike Affidavits in Support of Defendant Iron Workers Local 7's Amended Motion for Summary Judgment.

3. On October 20, 2006, Defendant Local 7 filed its Opposition to the Plaintiffs' Motion to Strike Affidavits, and presented to the Court three Supplemental Affidavits for the Court's consideration of the matter.

4. The attached Reply addresses the considerations raised in Defendant's Opposition and the three new affidavits that have not been a part of the record in this case, where the three

new affidavits had not previously been presented to Plaintiffs at the time their Motion to Strike was filed.

5.    Granting of this Motion will not be to the prejudice of any parties herein.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that their Motion to File their Reply Brief instanter be granted and for such further relief as the Court deems just and proper.

Respectfully submitted,

AMERICAN STEEL ERECTORS, INC.,
AJAX CONSTRUCTION CO.,
AMERICAN AERIAL SERVICES, INC.,
BEDFORD IRONWORKS, INC.,
D.F.M. INDUSTRIES, INC.

By their attorneys:

Carol Chandler (BBO # 080660)
Geoffrey R. Bok (BBO # 550851)
STONEMAN, CHANDLER & MILLER, LLP
99 High Street
Boston, Massachusetts 02110
(617) 542 – 6789


/s/ Michael E. Avakian
Michael E. Avakian, *pro hac vice*
SMETANA & AVAKIAN
5211 Port Royal Road, Suite 103
Springfield, Virginia 22151
(703) 321 - 9181

November 3, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of was served on the following counsel of record for Defendant Local 7 utilizing the Court's ECF filing system:

>Paul F. Kelly, Esq.
>Segal, Roitman & Coleman
>11 Beacon Street, Suite 500
>Boston, MA 02108

_____/s/ Michael E. Avakian
Michael E. Avakian