UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN STEEL ERECTORS, INC., *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS. <br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 04-cv-12536-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S ASSENTED TO MOTION TO FILE SUR-RESPONSE BRIEF INSTANTER IN OPPOSITION TO DEFENDANT IRON WORKERS LOCAL 7'S AMENDED MOTION FOR SUMMARY JUDGMENT**

Plaintiffs American Steel Erectors, *et al.*, respectfully move the Court for an Order granting them permission to file the accompanying nine-plus-page Sur-Response Brief in Opposition to Defendant's Amended Motion for Summary Judgment.

In support of this Motion, Plaintiffs state the following:

　　1.　　Counsel for the parties have conferred with respect to this Motion and counsel for Defendant has stated Defendant Local Union No. 7's assent to the allowance of this Motion.

　　2.　　On October 20, 2006, Defendant Local 7 filed its Reply Brief in support of its Amended Motion for Summary Judgment along with exhibits. Exhibit 1 thereto had not been marked during discovery or discussed at any deposition.

　　3.　　Local 7's Reply therefore set forth certain issues and new arguments that necessitate the Plaintiffs to file a short sur-response to address and clarify the important issues now set before the Court with the references that highlight the issues of law and the existence of

1

genuine issues of fact.

4. This case involves detailed and significant issues involving the Sherman Antitrust Act and the circumstances in which both the statutory and non-statutory exemptions to labor union liability are established. The questions to be decided herein have not been considered previously by the Court.

5. The attached Sur-Response should enable the Court and the parties to focus their arguments for the pending oral argument of the matter.

6. Granting of this Motion will not delay the presentation of the matter to the Court or be to the prejudice of any parties herein.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that their Motion to File their Sur-Response Brief instanter be granted and for such further relief as the Court deems just and proper.

Respectfully submitted,

AMERICAN STEEL ERECTORS, INC., *et al.*

By their attorneys:

Carol Chandler (BBO # 080660)
Geoffrey R. Bok (BBO # 550851)
STONEMAN,CHANDLER & MILLER, LLP
99 High Street
Boston, Massachusetts 02110
(617) 542 – 6789

/s/ Michael E. Avakian
Michael E. Avakian, *pro hac vice*
SMETANA & AVAKIAN
5211 Port Royal Road, Suite 103
Springfield, Virginia 22151
(703) 321 - 9181

Dated: November 13, 2006

## CERTIFICATE

Plaintiffs and Defendant's counsel have conferred in good faith to narrow and resolve this Motion in accordance with Local 7.1(a)(2).

/s/ Michael E. Avakian
Michael E. Avakian

## CERTIFICATE OF SERVICE

I hereby certify that a copy of was served on the following counsel of record for Defendant Local 7 utilizing the Court's ECF filing system:

>Paul F. Kelly, Esq.
>Segal, Roitman & Coleman
>11 Beacon Street, Suite 500
>Boston, MA 02108

/s/ Michael E. Avakian
Michael E. Avakian