UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**AMERICAN STEEL ERECTORS, INC., ET AL**

                **V.**                **CIVIL ACTON NO. 04-12536-RGS**

**LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION
OF BRIDGE, STRUCTURAL, ORNAMENTAL &
REINFORCING IRON WORKERS**

# J U D G M E N T

**STEARNS, DJ.**                                      **APRIL 2, 2007**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER DATED MARCH 30, 2007,

IT IS HEREBY ORDERED:  JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS.

SO ORDERED.

                                                      RICHARD G. STEARNS
                                                      UNITED STATES DISTRICT JUDGE

**BY:**

                                              **/s/ Mary H. Johnson**
                                              _____
                                              **Deputy Clerk**