UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., <br> AJAX CONSTRUCTION CO., <br> AMERICAN AERIAL SERVICES, INC., <br> BEDFORD IRONWORKS, INC., <br> D.F.M. INDUSTRIES, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 04-cv-12536-RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT NOTICE OF APPEAL

Notice is hereby given that Plaintiffs American Steel Erectors, Inc., Ajax Construction Co., American Aerial Services, Inc., Bedford Ironworks, Inc., and D.F.M., Industries, Inc., hereby appeal to the United States Court of Appeals for the First Circuit from the Memoranda and Orders entered in this action on or about February 6, 2006, March 30, 2007, and Final Judgment entered on or about April 2, 2007.

                                                                      Respectfully submitted,

                                                                        By their attorneys,

                                                                        Carol Chandler (BBO # 080660)
                                                                        Geoffrey R. Bok (BBO # 550851)
                                                                        STONEMAN, CHANDLER & MILLER LLP
                                                                        99 High Street
                                                                        Boston, MA  02110
                                                                        (617) 542-6789

/s/ Michael E. Avakian
Michael E. Avakian
SMETANA & AVAKIAN
5211 Port Royal Road, Suite 610
Springfield, VA 22151
703-321-9181
(Admitted *Pro Hac Vice*)

Dated: April 27, 2007

Copies to:

Paul F. Kelly, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

Mickey Long, Esq.
193 Old Colony Avenue
Box E-1
South Boston, MA 02127