UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12536

American Steel Erectors Incorporated

v.

Ajax Construction Company Incorporated

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-85

and contained in I-III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/27/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 25, 2007.

Sarah A. Thornton, Clerk of Court

By: _____

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/25/9.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12536-RGS
### Internal Use Only

American Steel Erectors, Incorporated et al v. Local Union No. 7
Assigned to: Judge Richard G. Stearns
Cause: 15:15 Antitrust Litigation

Date Filed: 12/02/2004
Date Terminated: 04/02/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**American Steel Erectors, Incorporated**

represented by **Carol Chandler**
Stoneman, Chandler & Miller
99 High Street
Boston, MA 02110
617-542-6789
Fax: 617-556-8989
Email: cchandler@scmllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey R. Bok**
Stoneman, Chandler & Miller
99 High Street
Boston, MA 02110
617-542-6789
Fax: 617-556-8989
Email: Gbok@SCMLLP.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Avakian**
Smetana & Avakian
Suite 610
5211 Port Royal Road
Springfield, VA 22151
703-321-9181
Fax: 703-321-9325
Email: mavakian@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ajax Construction Company, Incorporated**

represented by **Carol Chandler**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey R. Bok**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Avakian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Aerial Services, Incorporated**    represented by    **Carol Chandler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey R. Bok**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Avakian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bedford Ironworks, Incorporated**    represented by    **Carol Chandler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey R. Bok**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Avakian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D.F.M. Industries, Incorporated**    represented by    **Carol Chandler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Geoffrey R. Bok**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Michael E. Avakian**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Beauregard**　　　　　　　　represented by　**Carol Chandler**
*doing business as*　　　　　　　　　　　　　　　　　(See above for address)
Independent Welding Services　　　　　　　　　　　*LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Geoffrey R. Bok**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Michael E. Avakian**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Local Union No. 7**　　　　　　　　represented by　**Burton E. Rosenthal**
*International Association of Bridge,*　　　　　　　　Segal, Roitman & Coleman
*Structural, Ornamental & Reinforcing*　　　　　　　11 Beacon St.
*Iron Workers*　　　　　　　　　　　　　　　　　　Boston, MA 02108
                    617-742-0208
                    Fax: 617-742-2187
                    Email: brosenthal@segalroitman.com
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Indira Talwani**
                    Segal, Roitman & Coleman
                    500
                    11 Beacon Street
                    Boston, MA 02108
                    617-742-0208
                    Fax: 617-742-2187
                    Email: italwani@segalroitman.com
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Mary T. Sullivan**
Segal, Roitman & Coleman
Suite 500
11 Beacon Street
Boston, MA 02108
617-742-0208
Fax: 617-742-2187
Email: msullivan@segalroitman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F. Kelly**
Segal, Roitman & Coleman
Suite 500
11 Beacon Street
Boston, MA 02108
617-742-0208
Fax: 617-742-2187
Email: pkelly@segalroitman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie R. Pratt**
Segal, Roitman & Coleman
Suite 500
11 Beacon Street
Boston, MA 02108
617-742-0208
Fax: 617-742-2187
Email: spratt@segalroitman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mickey Long**
Law Offices of Mickey Long
193 Old Colony Ave
Boston, MA 02127
617-269-0229
Fax: 617-269-0567
Email: mickeylong@gis.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Wright**      represented by   **Burton E. Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Indira Talwani**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary T. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F. Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie R. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mickey Long**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steel Erection and Ornamental Iron Industry Advancement Fund**
*TERMINATED: 03/30/2005*

represented by **Paul F. Kelly**
(See above for address)
*TERMINATED: 01/07/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mickey Long**
(See above for address)
*TERMINATED: 01/12/2005*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2004 | 1 | COMPLAINT against Steel Erection and Ornamental Iron Industry Advancement Fund, Charles Wright Filing fee: $ 150, receipt number 60484, filed by Ajax Construction Company, Incorporated, American Aerial Services, Incorporated, American Steel Erectors, Incorporated, Ronald Beauregard, Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated. (Attachments: # 1)(Flaherty, Elaine) (Entered: 12/06/2004) |
| 12/02/2004 |  | ***Attorney Carol Chandler for Ronald Beauregard; Bedford Ironworks, Incorporated; D.F.M. Industries, Incorporated; American Aerial Services, Incorporated and American Steel Erectors, Incorporated added. (Flaherty, Elaine) (Entered: 12/06/2004) |
| 12/02/2004 |  | Summons Issued as to Local Union No. 7, International Association of |

| | | |
|---|---|---|
| | | Bridge, Structural, Ornamental & Reinforcing Iron Workers, Steel Erection and Ornamental Iron Industry Advancement Fund, Charles Wright. (Flaherty, Elaine) (Entered: 12/06/2004) |
| 12/02/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Flaherty, Elaine) (Entered: 12/06/2004) |
| 12/02/2004 | 2 | CORPORATE DISCLOSURE STATEMENT by Ajax Construction Company, Incorporated, American Aerial Services, Incorporated, American Steel Erectors, Incorporated, Ronald Beauregard, Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated. (Flaherty, Elaine) (Entered: 12/06/2004) |
| 12/08/2004 | 3 | SUMMONS Returned Executed Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers served on 12/3/2004, answer due 12/23/2004. (Flaherty, Elaine) (Entered: 12/15/2004) |
| 12/08/2004 | 4 | SUMMONS Returned Executed Steel Erection and Ornamental Iron Industry Advancement Fund served on 12/3/2004, answer due 12/23/2004. (Flaherty, Elaine) (Entered: 12/15/2004) |
| 12/08/2004 | 5 | SUMMONS Returned Executed Charles Wright served on 12/3/2004, answer due 12/23/2004. (Flaherty, Elaine) (Entered: 12/15/2004) |
| 12/21/2004 | 6 | Assented to MOTION for Extension of Time to 1/21/05 to File Answer re 1 Complaint, by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Charles Wright.(Flaherty, Elaine) (Entered: 12/23/2004) |
| 12/21/2004 | 7 | NOTICE of Appearance by Paul F. Kelly on behalf of Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Charles Wright (Flaherty, Elaine) (Entered: 12/23/2004) |
| 12/23/2004 | 13 | MOTION for Leave to Appear Pro Hac Vice by Michael E. Avakian Filing fee $ 50., receipt number 61049. by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, Ronald Beauregard, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated.(Flaherty, Elaine) (Entered: 01/07/2005) |
| 12/23/2004 | 14 | AFFIDAVIT in Support re 13 MOTION for Leave to Appear Pro Hac Vice by Michael E. Avakian Filing fee $ 50., receipt number 61049.. (Flaherty, Elaine) (Entered: 01/07/2005) |
| 12/29/2004 | 8 | NOTICE of Appearance by Mickey Long on behalf of Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Steel Erection and Ornamental Iron Industry Advancement Fund, Charles Wright (Long, Mickey) (Entered: 12/29/2004) |
| 01/05/2005 | 9 | NOTICE of Appearance by Mary T. Sullivan on behalf of Local Union |

|  |  | No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Charles Wright (Sullivan, Mary) (Entered: 01/05/2005) |
|---|---|---|
| 01/05/2005 | 🌑10 | NOTICE of Appearance by Indira Talwani on behalf of Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Charles Wright (Talwani, Indira) (Entered: 01/05/2005) |
| 01/05/2005 | 🌑11 | NOTICE of Appearance by Burton E. Rosenthal on behalf of Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Charles Wright (Rosenthal, Burton) (Entered: 01/05/2005) |
| 01/05/2005 | 🌑12 | NOTICE of Appearance by Stephanie R. Pratt on behalf of Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Charles Wright (Pratt, Stephanie) (Entered: 01/05/2005) |
| 01/05/2005 | 🌑 | Judge Richard G. Stearns : ElectronicORDER entered granting 6 Motion for Extension of Time to Answer (Flaherty, Elaine) (Entered: 01/06/2005) |
| 01/06/2005 | 🌑 | ***Attorney Paul F. Kelly for Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers and Steel Erection and Ornamental Iron Industry Advancement Fund added. (Flaherty, Elaine) (Entered: 01/06/2005) |
| 01/07/2005 | 🌑 | ***Attorney Paul F. Kelly for Charles Wright added. Attorney Paul F. Kelly terminated. (Flaherty, Elaine) (Entered: 01/07/2005) |
| 01/07/2005 | 🌑15 | Opposition re 13 MOTION for Leave to Appear Pro Hac Vice by Michael E. Avakian Filing fee $ 50., receipt number 61049. *Opposition* filed by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Charles Wright. (Attachments: # 1 # 2 # 3 # 4)(Sullivan, Mary) (Entered: 01/07/2005) |
| 01/11/2005 | 🌑16 | Opposition re 13 MOTION for Leave to Appear Pro Hac Vice by Michael E. Avakian Filing fee $ 50., receipt number 61049. filed by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Charles Wright. (Attachments: # 1 # 2 # 3 # 4)(Sullivan, Mary) (Entered: 01/11/2005) |
| 01/12/2005 | 🌑 | *** Attorney Mickey Long terminated. (Flaherty, Elaine) (Entered: 01/12/2005) |
| 01/19/2005 | 🌑17 | MOTION for Extension of Time to February 1, 2005 to File Responsive Pleading by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers.(Kelly, Paul) (Entered: 01/19/2005) |
| 01/19/2005 | 🌑18 | MOTION for Leave to File by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, Ronald Beauregard, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American |

| | | |
|---|---|---|
| | | Aerial Services, Incorporated.(Flaherty, Elaine) (Entered: 01/28/2005) |
| 01/19/2005 | 19 | REPLY to Response to Motion re 13 MOTION for Leave to Appear Pro Hac Vice by Michael E. Avakian Filing fee $ 50., receipt number 61049. filed by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, Ronald Beauregard, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated. (Flaherty, Elaine) (Entered: 01/28/2005) |
| 01/19/2005 | 20 | Supplemental AFFIDAVIT of Michael Avakian by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, Ronald Beauregard, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated. (Flaherty, Elaine) (Entered: 01/28/2005) |
| 02/01/2005 | 21 | MOTION for Leave to File Excess Pages by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers.(Kelly, Paul) (Entered: 02/01/2005) |
| 02/01/2005 | 22 | MOTION to Dismiss *Counts V through VII* by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers.(Kelly, Paul) (Entered: 02/01/2005) |
| 02/01/2005 | 23 | MEMORANDUM in Support re 22 MOTION to Dismiss *Counts V through VII* filed by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers. (Attachments: # 1 Exhibit A)(Kelly, Paul) (Entered: 02/01/2005) |
| 02/01/2005 | 24 | MOTION to Dismiss *Plaintiffs' Complaint* by Charles Wright.(Kelly, Paul) (Entered: 02/01/2005) |
| 02/01/2005 | 25 | MEMORANDUM in Support re 24 MOTION to Dismiss *Plaintiffs' Complaint* filed by Charles Wright. (Kelly, Paul) (Entered: 02/01/2005) |
| 02/04/2005 | 26 | Assented to MOTION TO FILE SURREPLY *IN OPPOSITION TO MOTION FOR ADMISSION PRO HAC VICE* by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Charles Wright.(Sullivan, Mary) (Entered: 02/04/2005) |
| 02/04/2005 | 27 | SUR-REPLY to Motion re 26 Assented to MOTION TO FILE SURREPLY *IN OPPOSITION TO MOTION FOR ADMISSION PRO HAC VICE* filed by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers, Charles Wright. (Sullivan, Mary) (Entered: 02/04/2005) |
| 02/08/2005 | 28 | Judge Richard G. Stearns : MEMORANDUM AND ORDER on Motion for Admission Pro Hac Vice, ENTERED. "ALLOWED."(Flaherty, Elaine) (Entered: 02/08/2005) |
| 02/08/2005 | | ***Attorney Michael E. Avakian for Ronald Beauregard; American Steel Erectors, Incorporated; Ajax Construction Company, Incorporated; American Aerial Services, Incorporated; Bedford Ironworks, Incorporated and D.F.M. Industries, Incorporated added. (Flaherty, |

| | | |
|---|---|---|
| | | Elaine) (Entered: 02/08/2005) |
| 02/15/2005 | 29 | MOTION for Extension of Time to 3/3/05 to respond to motion to dismiss by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, Ronald Beauregard, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated.(Flaherty, Elaine) (Entered: 02/24/2005) |
| 02/24/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 29 Motion for Extension of Time (Flaherty, Elaine) (Entered: 02/24/2005) |
| 03/02/2005 | 30 | Assented to MOTION for Extension of Time to 3/14/05 to respond to motion to dismiss by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, Ronald Beauregard, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated.(Flaherty, Elaine) (Entered: 03/04/2005) |
| 03/07/2005 | | SUMMONS Returned Executed Steel Erection and Ornamental Iron Industry Advancement Fund served on 2/17/2005, answer due 3/9/2005. (Flaherty, Elaine) (Entered: 03/07/2005) |
| 03/09/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 30 Motion for Extension of Time (Flaherty, Elaine) (Entered: 03/09/2005) |
| 03/09/2005 | 31 | MOTION for Extension of Time to March 16, 2004 to File Response/Reply by Steel Erection and Ornamental Iron Industry Advancement Fund.(Grosso, James) (Entered: 03/09/2005) |
| 03/14/2005 | 32 | First MOTION for Leave to File Excess Pages by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, Ronald Beauregard, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated.(Avakian, Michael) (Entered: 03/14/2005) |
| 03/14/2005 | 33 | MEMORANDUM in Opposition re 22 MOTION to Dismiss *Counts V through VII* filed by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, Ronald Beauregard, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated. (Avakian, Michael) (Entered: 03/14/2005) |
| 03/14/2005 | 34 | MEMORANDUM in Opposition re 24 MOTION to Dismiss *Plaintiffs' Complaint* filed by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, Ronald Beauregard, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated. (Avakian, Michael) (Entered: 03/14/2005) |
| 03/21/2005 | 35 | MOTION for Leave to File *Reply Brief in Support of its Motion to Dismiss Counts V-VII of Plaintiffs' Complaint* by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers.(Kelly, Paul) (Entered: 03/21/2005) |
| 03/21/2005 | 36 | MOTION for Leave to File *Reply Brief in Support of His Motion to Dismiss Plaintiffs' Complaint* by Charles Wright.(Kelly, Paul) (Entered: 03/21/2005) |

| | | |
|---|---|---|
| 03/28/2005 | 37 | NOTICE of Hearing on Motion 22 MOTION to Dismiss *Counts V through VII*, 24 MOTION to Dismiss *Plaintiffs' Complaint*: Motion Hearing set for 6/9/2005 03:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 03/28/2005) |
| 03/28/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 31 Motion for Extension of Time to File Response/Reply, granting 32 Motion for Leave to File Excess Pages, granting 35 Motion for Leave to File, granting 36 Motion for Leave to File. (Johnson, Mary) (Entered: 03/28/2005) |
| 03/29/2005 | 38 | NOTICE of Voluntary Dismissal by all plaintiffs (Avakian, Michael) (Entered: 03/29/2005) |
| 04/04/2005 | 39 | REPLY to Response to Motion re 22 MOTION to Dismiss *Counts V through VII*, 35 MOTION for Leave to File *Reply Brief in Support of its Motion to Dismiss Counts V-VII of Plaintiffs' Complaint* filed by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers. (Kelly, Paul) (Entered: 04/04/2005) |
| 04/04/2005 | 40 | REPLY to Response to Motion re 24 MOTION to Dismiss *Plaintiffs' Complaint*, 36 MOTION for Leave to File *Reply Brief in Support of His Motion to Dismiss Plaintiffs' Complaint* filed by Charles Wright. (Kelly, Paul) (Entered: 04/04/2005) |
| 06/09/2005 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 6/9/2005 re 22 MOTION to Dismiss *Counts V through VII* filed by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers,, 24 MOTION to Dismiss *Plaintiffs' Complaint* filed by Charles Wright, taken under advisement. (Court Reporter Nacy Eaton.) (Hamilton, Maria Raia) (Entered: 06/09/2005) |
| 06/10/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 24 Motion to Dismiss. In as much as plaintiffs allege that Charles Wright was acting as an agent of Local Union No. 7 when he was engaged in the acts alleged in the Complaint (see Complaint, Para. 8), he is not subject to individual liability. Montplaisir v. Leighton, 875 F.2d 1, 4 (1st Cir. 1989). Consequently, the motion to dismiss will be ALLOWED without prejudice to refiling such a claim if there is a good faith basis to allege that he was acting outside the scope of his authority as a union official. (Hamilton, Maria Raia) (Entered: 06/10/2005) |
| 02/06/2006 | 41 | Judge Richard G. Stearns : . MEMORANDUM AND ORDER on Motion of Defendant Local 7 to Dismiss, ENTERED.(Flaherty, Elaine) (Entered: 02/06/2006) |
| 02/08/2006 | 42 | NOTICE of Scheduling Conference: Scheduling Conference set for 3/21/2006 03:45 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 02/08/2006) |
| 02/08/2006 | | Notice of correction to docket made by Court staff. Correction: the word "March" in the Notice of 16b conf. issued on this date corrected because: |

| | | |
|---|---|---|
| | | it was incorrectly spelled. The Notice of Scheduling Conference should read " MARCH 21, 2006 at 3:45 P.M."Mary Johnson, Deputy Clerk. (Johnson, Mary) (Entered: 02/08/2006) |
| 02/13/2006 | 43 | NOTICE of Voluntary Dismissal by Ronald Beauregard (Avakian, Michael) (Entered: 02/13/2006) |
| 02/16/2006 | 44 | ANSWER to Complaint by Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers.(Kelly, Paul) (Entered: 02/16/2006) |
| 03/16/2006 | 45 | JOINT STATEMENT re scheduling conference. (Avakian, Michael) (Entered: 03/16/2006) |
| 03/20/2006 | 46 | MOTION for Summary Judgment *on Counts I-III of Plaintiffs' Complaint and Request for Oral Argument* by Local Union No. 7.(Kelly, Paul) (Entered: 03/20/2006) |
| 03/20/2006 | 47 | STATEMENT of facts re 46 MOTION for Summary Judgment *on Counts I-III of Plaintiffs' Complaint and Request for Oral Argument [Undisputed Material Facts]*. (Kelly, Paul) (Entered: 03/20/2006) |
| 03/20/2006 | 48 | Assented to MOTION for Leave to File Excess Pages *for Memorandum of Law in Support of its Motion for Summary Judgment on Counts I-III of Plaintiffs' Complaint* by Local Union No. 7.(Kelly, Paul) (Entered: 03/20/2006) |
| 03/20/2006 | 49 | MEMORANDUM OF LAW by Local Union No. 7 to 48 Assented to MOTION for Leave to File Excess Pages *for Memorandum of Law in Support of its Motion for Summary Judgment on Counts I-III of Plaintiffs' Complaint*, 46 MOTION for Summary Judgment *on Counts I-III of Plaintiffs' Complaint and Request for Oral Argument*. (Kelly, Paul) (Entered: 03/20/2006) |
| 03/20/2006 | 50 | MOTION for Judgment on the Pleadings *or in the Alternative for Partial Summary Judgment on Job Targeting Claims in Count IV of the Complaint and Request for Oral Argument* by Local Union No. 7.(Kelly, Paul) (Entered: 03/20/2006) |
| 03/20/2006 | 51 | MEMORANDUM in Support re 50 MOTION for Judgment on the Pleadings *or in the Alternative for Partial Summary Judgment on Job Targeting Claims in Count IV of the Complaint and Request for Oral Argument* filed by Local Union No. 7. (Kelly, Paul) (Entered: 03/20/2006) |
| 03/20/2006 | 52 | STATEMENT of facts re 50 MOTION for Judgment on the Pleadings *or in the Alternative for Partial Summary Judgment on Job Targeting Claims in Count IV of the Complaint and Request for Oral Argument [Undisputed Material Facts]*. (Kelly, Paul) (Entered: 03/20/2006) |
| 03/20/2006 | 53 | APPENDIX/EXHIBIT re 46 MOTION for Summary Judgment *on Counts I-III of Plaintiffs' Complaint and Request for Oral Argument*, 50 MOTION for Judgment on the Pleadings *or in the Alternative for Partial Summary Judgment on Job Targeting Claims in Count IV of the* |

| | | |
|---|---|---|
| | | *Complaint and Request for Oral Argument* by Local Union No. 7. (Attachments: # 1 Affidavit of James Coyle# 2 Affidavit of Thomas J. Gunning and Exhibit A# 3 Affidavit of John F. Hurley and Exhibits A and B# 4 Affidavit of Joesph W. Nigro, Jr. and Exhibits A, B, C, D and E)(Kelly, Paul) (Entered: 03/20/2006) |
| 03/21/2006 | 54 | CERTIFICATION pursuant to Local Rule 16.1 by Local Union No. 7. (Kelly, Paul) (Entered: 03/21/2006) |
| 03/21/2006 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Scheduling Conference held on 3/21/2006. Attys. Avakian and Bok present for the pltfs. Attys. Kelly, Rosenthal, Pratt and Long present for the defts. Within 10 days from today's date, counsel will file a written joint recommendation for a discovery plan permitting a 150-day period of discovery in anticipation of all dispositive motions being joined at the expiration of discovery. (Court Reporter None.) (Johnson, Mary) Modified on 3/22/2006 (Johnson, Mary). (Entered: 03/22/2006) |
| 03/30/2006 | 55 | JOINT SUBMISSION pursuant to Local Rule 16.1 *Joint Discovery Plan* by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated.(Avakian, Michael) (Entered: 03/30/2006) |
| 03/31/2006 | | Judge Richard G. Stearns : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 55 Joint submission, filed by American Steel Erectors, Incorporated,, American Aerial Services, Incorporated,, Bedford Ironworks, Incorporated,, D.F.M. Industries, Incorporated,, Ajax Construction Company, Incorporated. "approved"(Flaherty, Elaine) Modified on 4/6/2006 (Flaherty, Elaine). Initial disclosures by 4/12/06; interrogatories max 25 per each side; request for admission max 25 per each side; ten depositions; discovery deadline 8/31/06; dispositive motions 8/1/06; responses 8/31/06. (Entered: 03/31/2006) |
| 04/03/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 48 Motion for Leave to File Excess Pages. (Johnson, Mary) (Entered: 04/03/2006) |
| 04/20/2006 | | Judge Richard G. Stearns : Electronic ORDER entered adopting the parties' Joint Submission pursuant to Local Rule 16.1 55. In accordance with the newly adopted Scheduling Order, an Electronic ORDER is hereby entered denying without prejudice 46 Motion for Summary Judgment, denying without prejudice 50 Motion for Judgment on the Pleadings. Those motions may be amended by August 1, 2006, with oppositions due on August 31, 2006. (Hamilton, Maria Raia) (Entered: 04/20/2006) |
| 06/27/2006 | 56 | STIPULATION *Agreed Confidentiality Order* by Local Union No. 7. (Pratt, Stephanie) (Entered: 06/27/2006) |
| 06/29/2006 | 57 | Judge Richard G. Stearns : Agreed Upon Confidentiality ORDER, entered. (Flaherty, Elaine) (Entered: 06/29/2006) |

| | | |
|---|---|---|
| 08/01/2006 | 58 | Amended MOTION for Summary Judgment *and Request for Oral Argument* by Local Union No. 7.(Talwani, Indira) (Entered: 08/01/2006) |
| 08/01/2006 | 59 | STATEMENT of facts re 58 Amended MOTION for Summary Judgment *and Request for Oral Argument*. (Talwani, Indira) (Entered: 08/01/2006) |
| 08/01/2006 | 60 | APPENDIX/EXHIBIT re 58 Amended MOTION for Summary Judgment *and Request for Oral Argument*, 53 Appendix/Exhibit,, *Supplemental Appendix* by Local Union No. 7. (Attachments: # 1 Exhibit Excerpts from Ajax Deposition Transcript# 2 Exhibit Excerpts from American Aerial Deposition Transcript# 3 Exhibit Excerpts from American Steel Erectors Deposition Transcript# 4 Exhibit Excerpts from Bedford Iron Works Deposition Transcript# 5 Exhibit Excerpts from D.F.M. Industries Deposition Transcript# 6 Exhibit Plaintiffs Response to Interrogatories) (Talwani, Indira) (Entered: 08/01/2006) |
| 08/01/2006 | 61 | MOTION for Leave to File Excess Pages *for Memorandum in Support of Amended Motion for Summary Judgment* by Local Union No. 7.(Talwani, Indira) (Entered: 08/01/2006) |
| 08/01/2006 | 62 | MEMORANDUM in Support re 58 Amended MOTION for Summary Judgment *and Request for Oral Argument*, 61 MOTION for Leave to File Excess Pages *for Memorandum in Support of Amended Motion for Summary Judgment* filed by Local Union No. 7. (Talwani, Indira) (Entered: 08/01/2006) |
| 08/02/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 61 Motion for Leave to File Excess Pages (Flaherty, Elaine) (Entered: 08/02/2006) |
| 08/16/2006 | 63 | MOTION for Extension of Time to September 21, 2006 to File Response/Reply *to Defendant's Motion for Summary Judgment* by all plaintiffs.(Avakian, Michael) (Entered: 08/16/2006) |
| 08/17/2006 | 64 | Opposition re 63 MOTION for Extension of Time to September 21, 2006 to File Response/Reply *to Defendant's Motion for Summary Judgment* filed by Local Union No. 7. (Attachments: # 1 Exhibit Plaintiffs' Initial Disclosures# 2 Exhibit Plaintiffs' Responses to Interrogatories)(Talwani, Indira) (Entered: 08/17/2006) |
| 08/21/2006 | 65 | Judge Richard G. Stearns : ORDER entered granting 63 Motion for Extension of Time to File Response/Reply re 58 Amended MOTION for Summary Judgment *and Request for Oral Argument* Responses due by 9/29/2006 "...defendants have ten days from the date of this Order to re-file their brief in an acceptably condensed form, not to exceed forty pages. Plaintiffs' motion to extend the time to oppose the motion for summary judgment is ALLOWED. Plaintiffs' opposition willl be filed on or before 9/29/06." (Flaherty, Elaine) (Entered: 08/22/2006) |
| 08/29/2006 | 66 | MOTION for Extension of Time to September 26, 2006 to Complete Discovery *by Taking Served Non-Party Subpoena Deposition Out of Time* by all plaintiffs.(Avakian, Michael) (Entered: 08/29/2006) |

| | | |
|---|---|---|
| 08/31/2006 | 67 | Amended MEMORANDUM in Support re 58 Amended MOTION for Summary Judgment *and Request for Oral Argument* filed by Local Union No. 7. (Kelly, Paul) (Entered: 08/31/2006) |
| 08/31/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 66 Motion for Extension of Time to Complete Discovery (to permit taking of the deposition of Builders Resource, Inc. in 9/06) (Flaherty, Elaine) (Entered: 09/01/2006) |
| 09/29/2006 | 68 | MEMORANDUM in Opposition re 58 Amended MOTION for Summary Judgment *and Request for Oral Argument* filed by all plaintiffs. (Avakian, Michael) (Entered: 09/29/2006) |
| 09/29/2006 | 69 | MOTION to Strike 53 Appendix/Exhibit,, *in Support of Amended Motion for Sumamry Judgment* by all plaintiffs.(Avakian, Michael) (Entered: 09/29/2006) |
| 09/29/2006 | 70 | STATEMENT of facts *and Documentary Exhibits 1-22 and Deposition Exhibits A-M.* (Attachments: # 1 Errata 1-9# 2 Exhibit 10 pp1-36# 3 Exhibit 10 pp37-end# 4 Exhibit 11-13# 5 Exhibit 14-16# 6 Exhibit 17# 7 Exhibit 18-22# 8 Exhibit Deposition Exhibits)(Avakian, Michael) (Entered: 09/29/2006) |
| 10/02/2006 | 71 | MOTION for Leave to File *Supplemental Affidavit of Supplemental Rule 56.1 Affidavit* by all plaintiffs. (Attachments: # 1 Affidavit Susan B. Beauregard)(Avakian, Michael) (Entered: 10/02/2006) |
| 10/04/2006 | | ELECTRONIC NOTICE of Hearing on Motion 69 MOTION to Strike 53 Appendix/Exhibit,, *in Support of Amended Motion for Sumamry Judgment,* 58 Amended MOTION for Summary Judgment *and Request for Oral Argument*: Motion Hearing set for 12/14/2006 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 10/04/2006) |
| 10/04/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 71 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Flaherty, Elaine) (Entered: 10/05/2006) |
| 10/05/2006 | 72 | NOTICE by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated re Order on Motion for Leave to File,, 70 Statement of facts, *of Filing Supplemental Affidavit by Leave of Court Granted on October 5, 2006* (Attachments: # 1 Exhibit Exhibit 21- Affidavit of Susan Beauregard) (Avakian, Michael) (Entered: 10/05/2006) |
| 10/10/2006 | 73 | Assented to MOTION for Extension of Time to 10/20/2006 to File an Opposition *to Plaintiffs' Motion to Strike Affidavits* by Local Union No. 7.(Kelly, Paul) (Entered: 10/10/2006) |
| | | |

| | | |
|---|---|---|
| 10/11/2006 | 74 | Assented to MOTION for Leave to File *Reply Brief Not to Exceed 15 Pages No Later than October 20, 2006* by Local Union No. 7.(Talwani, Indira) (Entered: 10/11/2006) |
| 10/12/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 73 Motion for Extension of Time, granting 74 Motion for Leave to File Reply Brief not to Exceed 15 Pages, by Oct. 20,2006. (Johnson, Mary) (Entered: 10/12/2006) |
| 10/20/2006 | 75 | Opposition re 69 MOTION to Strike 53 Appendix/Exhibit,, *in Support of Amended Motion for Sumamry Judgment* filed by Local Union No. 7. (Attachments: # 1 Exhibit 1-4)(Talwani, Indira) (Entered: 10/20/2006) |
| 10/20/2006 | 76 | REPLY to Response to Motion re 74 Assented to MOTION for Leave to File *Reply Brief Not to Exceed 15 Pages No Later than October 20, 2006*, 58 Amended MOTION for Summary Judgment *and Request for Oral Argument* filed by Local Union No. 7. (Attachments: # 1 Exhibit 1-3) (Talwani, Indira) (Entered: 10/20/2006) |
| 11/03/2006 | 77 | MOTION for Leave to File *Reply Memorandum Instanter* by all plaintiffs.(Avakian, Michael) (Entered: 11/03/2006) |
| 11/03/2006 | 78 | REPLY to Response to Motion re 77 MOTION for Leave to File *Reply Memorandum Instanter* filed by all plaintiffs. (Avakian, Michael) (Entered: 11/03/2006) |
| 11/06/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 77 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Flaherty, Elaine) (Entered: 11/06/2006) |
| 11/06/2006 | 79 | REPLY to Response to Motion re 77 MOTION for Leave to File *Reply Memorandum Instanter in Support of Plaintiffs' Motion to Strike Affidavits in Support of Defendant's Amended Motion for Summary Judgment* filed by all plaintiffs. (Avakian, Michael) (Entered: 11/06/2006) |
| 11/13/2006 | 80 | Assented to MOTION for Leave to File *Sur-Response Brief in Opposition to Defendant Iron Workers Local 7's Amended Motion for Summary Judgment* by all plaintiffs.(Avakian, Michael) (Entered: 11/13/2006) |
| 11/13/2006 | 81 | SUR-REPLY to Motion re 80 Assented to MOTION for Leave to File *Sur-Response Brief in Opposition to Defendant Iron Workers Local 7's Amended Motion for Summary Judgment , Plaintiffs' Sur-Response Brief in Opposition* filed by all plaintiffs. (Attachments: # 1 Exhibit Helen Bacon Transcript & Exhbits# 2 Exhibit Martin Cardon Transcript & Exhibits# 3 Exhibit Paul DiPietro Transcript Pages# 4 Exhibit Jay Hurley Transcript & Exhibits# 5 Exhibit James F. Stearns Transcript & Exhibits# 6 Exhibit Plainitffs' Exhibits 5, 6 & 23)(Avakian, Michael) (Entered: 11/13/2006) |

| 12/01/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 80 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Flaherty, Elaine) (Entered: 12/01/2006) |
|---|---|---|
| 12/01/2006 | 82 | MEMORANDUM in Opposition re 80 Assented to MOTION for Leave to File *Sur-Response Brief in Opposition to Defendant Iron Workers Local 7's Amended Motion for Summary Judgment* filed by all plaintiffs. (Attachments: # 1 Exhibit Helen Bacon Transcript & Exhibits# 2 Exhibit Marin J. Cardon Transcript & Exhibits# 3 Exhibit Paul DiPietro Transcript & Exhbits# 4 Exhibit Jay Hurley Transcript & Exhibits# 5 Exhibit James F. Stearns Transcript & Exhibits# 6 Exhibit Plainitffs' Exhibits)(Avakian, Michael) (Entered: 12/01/2006) |
| 12/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 12/14/2006 re 69 MOTION to Strike 53 Appendix/Exhibit,, *in Support of Amended Motion for Sumamry Judgment* filed by American Steel Erectors, Incorporated,, American Aerial Services, Incorporated,, Bedford Ironworks, Incorporated,, D.F.M. Industries, Incorporated,, Ronald Beauregard,, Ajax Construction Company, Incorporated,, 58 Amended MOTION for Summary Judgment *and Request for Oral Argument* filed by Local Union No. 7,. Taken under advisement. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 12/18/2006 (Johnson, Mary). (Entered: 12/18/2006) |
| 03/30/2007 | 83 | Judge Richard G. Stearns : MEMORANDUM AND ORDER on Defendant Local Union No. 7's Motion for Summary Judgment, ENTERED."...The clerk will enter judgment for the Union and the case will be closed."(Flaherty, Elaine) (Entered: 03/30/2007) |
| 04/02/2007 | 84 | Judge Richard G. Stearns : ORDER entered. JUDGMENT in favor of LocaL Union No. 7 against plaintiff(Johnson, Mary) (Entered: 04/02/2007) |
| 04/02/2007 | | Civil Case Terminated. (Johnson, Mary) (Entered: 04/02/2007) |
| 04/27/2007 | 85 | *Joint* NOTICE OF APPEAL as to 84 Judgment, 83 Memorandum & ORDER, 41 Memorandum & ORDER by Bedford Ironworks, Incorporated, D.F.M. Industries, Incorporated, American Steel Erectors, Incorporated, Ajax Construction Company, Incorporated, American Aerial Services, Incorporated Filing fee $ 455, receipt number 1499822 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/17/2007. (Avakian, Michael) (Entered: 04/27/2007) |