*C4-12536*

# United States Court of Appeals
## For the First Circuit

---

No. 07-1832

AMERICAN STEEL ERECTORS, INC., AJAX CONSTRUCTION CO.,
AMERICAN AERIAL SERVICES, INC., BEDFORD IRONWORKS, INC.,
AND D.F.M. INDUSTRIES, INC.,

Plaintiffs, Appellants,

v.

LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS,

Defendant, Appellee.

---

**JUDGMENT**
Entered: August 1, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of the Plaintiff's state law claims is affirmed. The district court's summary judgment order is reversed, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day. Each party shall bear its own costs.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. Richard Stearns, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Bok, Ms. Pratt, Ms. Chandler, Mr. Long, Mr. Avakian, Mr. Rosenthal, Mr. Baskin, Mr. Yellig, Ms. Talwani, Ms. Sullivan, Ms. Young & Mr. Kelly.