UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, | )<br>)<br>)<br>)<br>) Case No. 1:04-cv-12536-RGS<br>)<br>) |
| Defendant. | )<br>) |

**DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW AS TO THE CLAIMS OF PLAINTIFFS AMERICAN STEEL ERECTORS, INC., AMERICAN AERIAL SERVICES, INC. AND BEDFORD IRONWORKS, INC. UNDER THE LABOR MANAGEMENT RELATIONS ACT**

Defendant Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers ("Union" or "Local 7") moves for entry of judgment as a matter of law on the claims of Plaintiffs American Steel Erectors, Inc. ("ASE"), American Aerial Services, Inc. ("Aerial"), and Bedford Ironworks, Inc. ("Bedford") that Local 7 violated the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 158, et. seq. As to these three Plaintiffs, there is no evidence at all before the jury to support their claim, and Local 7 urges the Court to grant this motion before the case goes to the jury.

This motion is supported by the accompanying memorandum, the pleadings on file and the record at trial.

Respectfully submitted,

IRON WORKERS, LOCAL 7

By its attorneys,

/s/ Indira Talwani_____
Paul F. Kelly, Esq. (BBO #267000)
Indira Talwani, Esq. (BBO # 645577)
SEGAL ROITMAN, LLP
111 Devonshire Street, Fifth Floor
Boston, MA 02109
(617) 742-0208 Ext. 228
italwani@segalroitman.com

Dated: August 31, 2009

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 31, 2009, and that said document was also served on Plaintiffs' counsel, Michael Avakian, by hand on August 31, 2009.

                                                  /s/ Indira Talwani