UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN STEEL ERECTORS, INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS, | ) ) ) ) ) ) | Case No. 1:04-cv-12536-RGS |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW AS TO THE CLAIMS OF PLAINTIFF DFM INDUSTRIES, INC. UNDER THE LABOR MANAGEMENT RELATIONS ACT**

Defendant Local Union No. 7, International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers ("Union" or "Local 7") moves for entry of judgment as a matter of law on the claims of Plaintiff D.F.M. Industries, Inc. ("D.F.M.") that Local 7 violated the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 158, et. seq. As to Plaintiff D.F.M., a reasonable jury would not have a legally sufficient basis to find for D.F.M. for several reasons. First, there is no legally sufficient evidence that either Cape & Island Steel or Capone Steel were neutral employers. Second, there is no legally sufficient evidence that Local 7 threatened Capone Steel. Third, there is no legally sufficient evidence that an object of Local 7's conduct was to enter into an § 8(e) agreement with any neutral whereby the neutral would agree to cease doing business with D.F.M. Fourth, there is no legally sufficient evidence that any neutral in fact entered into a § 8(e) agreement with Local 7 that could be the proximate cause of any damages

purportedly suffered by D.F.M.  Finally, plaintiff D.F.M. suffered no damage on the Fox 25 job as a matter of law.

This motion is supported by the accompanying memorandum, the memorandum submitted in support of Local 7's motion for entry of judgment as a matter of law as to Plaintiffs American Steel Erectors, Inc. ("ASE"), American Aerial Services, Inc. ("Aerial"), and Bedford Ironworks, Inc. ("Bedford"), the pleadings on file and the record at trial.

        Respectfully submitted,

        IRON WORKERS, LOCAL 7

        By its attorneys,

        /s/ Paul F. Kelly _____
        Paul F. Kelly, Esq. (BBO #267000)
        Indira Talwani, Esq. (BBO # 645577)
        SEGAL ROITMAN, LLP
        111 Devonshire Street, Fifth Floor
        Boston, MA 02109
        (617) 742-0208 Ext. 228
        pkelly@segalroitman.com

Dated:  August 31, 2009

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 31, 2009.

        /s/ Paul F. Kelly