UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-12536-RGS

AMERICAN STEEL ERECTORS, INC.,
AJAX CONSTRUCTION CO., INC.,
AMERICAN AERIAL SERVICES, INC.,
BEDFORD IRONWORKS, INC., AND
D.F.M. INDUSTRIES, INC.

v.

LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION
OF BRIDGE, STRUCTURAL, ORNAMENTAL &
REINFORCING IRON WORKERS

<u>ORDER ON MOTIONS CONCERNING
THE ADOPTION OF A FORM OF JUDGMENT
AND A PETITION FOR A BILL OF COSTS</u>

November 17, 2010

STEARNS, D.J.

1.  Plaintiffs' proposed Form of Judgment (Dkt #180) is <u>ADOPTED</u> in part by the court.  The prejudgment interest rate has been adjusted to 6 percent to reflect the jury's prior award of interest.  Postjudgment interest will accrue as of September 3, 2009, at the federal statutory rate.

2.  Plaintiffs' Bill of Costs (Dkt #161), as amended November 16, 2010 (Dkt #186), is <u>ALLOWED</u> in the amended amount of $4,160.90, plaintiffs having responded appropriately to defendant's objections to the original Bill of Costs.  Defendants' Renewed Motion for Disallowance of the Bill (Dkt # 182) is <u>DENIED</u>.

3.  The court will hear further argument on defendant's motion for summary judgment on the non-statutory antitrust exemption (Dkt #93 and 183) at a time convenient

to the parties as set by the Clerk.

    4. The court <u>ADOPTS</u> the parties' Joint Proposed Schedule Regarding Outstanding Antitrust Issues (Dkt # 184) and will defer authorization of further discovery, if needed, until such time as the court has had the opportunity to rule on defendant's remaining ground for summary judgment.

    SO ORDERED.

    /s/ Richard G. Stearns

    _____
    UNITED STATES DISTRICT JUDGE